PLAINTIFF'S EXHIBIT 2

TO: Jim Schottel
314-421-4060

From: Chris Black

Please accept this as a statement of fees due for Charles Roper service in the amount of $65.00

P.O. Box 157
Van Buren, Mo 63965