UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| ROBIN MESEY and <br> JENNIFER MESEY, <br>          Plaintiffs, <br><br> vs. <br><br> CITY OF VAN BUREN, MISSOURI, <br> ALONZO BRADWELL, *in his official Capacity as Chief of Police*, and <br> CHARLES ROPER, *in his individual capacity*, <br>          Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 1:19-CV-71 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**MOTION FOR SUMMARY JUDGMENT OF DEFENDANTS CITY OF VAN BUREN, MISSOURI AND ALONZO BRADWELL, IN HIS OFFICIAL CAPACITY AS CHIEF OF POLICE**

    COME NOW Defendants City of Van Buren, Missouri and Alonzo Bradwell, in his official capacity as Chief of Police, by and through their counsel, Keck & Phillips, L.L.C., and pursuant to Federal Rule of Civil Procedure 56, and along with their Memorandum in Support of Motion for Summary Judgment, and Statement of Uncontroverted Material Facts, both of which are incorporated by reference herein, state the following in support of their Motion for Summary Judgment:

    1.    Plaintiffs' allegations, when compared with the undisputed facts and law show that Plaintiffs have failed to state any claim against the Moving Defendants for which relief can be granted.

    2.    Accordingly, both Moving Defendants are entitled to summary judgment as a matter of law.

1

WHEREFORE, Defendants City of Van Buren, Missouri and Alonzo Bradwell, in his official capacity as Chief of Police, move the Court for an Order granting Summary Judgment in their favor, on all issues raised in Plaintiffs' Complaint. costs, and such further and additional relief as the Court deems just.

**KECK & PHILLIPS, L.L.C.**

By: */s/ Damon S. Phillips*
Damon S. Phillips #52901
3140 E. Division
Springfield, Missouri 65802
Phone: 417-890-8989
Fax: 417-890-8990
Email: damon@kpwlawfirm.com
*Attorneys for Defendants City of Van Buren, Missouri and Chief Alonzo Bradwell in his official capacity*

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing document was served by ☑ Filing electronically (ECF) on this 3rd day of December, 2020 to the following persons:

James W. Schottel, Jr.
906 Olive St., PH
St. Louis, Mo 63101
jwsj@schotteljustice.com

Portia C. Kayser
1010 Market St., Ste 1650
St. Louis, Mo 63101
pkayser@fisherpatterson.com

/s/ *Damon S. Phillips*
*Attorney*