UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| ROBIN MESEY and JENNIFER MESEY, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 1:19-CV-71 SNLJ |
| ) | |
| CITY OF VAN BUREN, MISSOURI, et al., ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF ROBIN MESEY'S OBJECTIONS AND ANSWERS TO FIRST SET OF INTERROGATORIES OF DEFENDANTS VAN BUREN, MISSOURI AND ALONZO BRADWELL DIRECTED TO PLAINTIFF ROBIN MESEY**

Plaintiff Robin Mesey ("Plaintiff"), by and through his attorney, sets forth the following objections and answers under oath to Defendants City of Van Buren, Missouri and Alonzo Bradwell's (collectively the "Defendants") First Set of Interrogatories Directed to Plaintiff Robin Mesey pursuant to Rule 33 of the Federal Rules of Civil Procedure:

**INTERROGATORIES**

**INTERROGATORY NO. 1:**

Please identify all the dogs referenced in your Complaint, including their name, approximate weight, breed, whether the dog was injured, the nature of any injury, and the owner(s) of each dog.

**ANSWER:**

1) Max; approximate weight was 85 pounds; American bulldog; yes Max was injured; Max was killed and the owners of Max were Jennifer Mesey and Robin Mesey.

2) Nina; approximate weight 55 pounds; American bulldog; yes Nina was injured; Nina was shot in the front right leg and in the elbow joint; Nina suffered irreversible permanent damage, bullet fragments went into Nina's chest; the owners of Max were Jennifer Mesey and Robin Mesey.

EXHIBIT 6

**INTERROGATORY NO. 8:**

Are you aware of any incident involving an on duty City of Van Buren Police Officer shooting a dog? If so, list the date, on duty offices, and location of each incident.

**ANSWER:**

No.

**INTERROGATORY NO. 9:**

Are you aware of any incident involving an off-duty City of Van Buren Police Officer shooting a dog? If so, list the date, off-duty offices, and location of each incident.

**ANSWER:**

No.

## VERIFICATION

I, Robin Mesey, having been duly sworn upon my oath, state that I have read First Set of Interrogatories of Defendants Van Buren, Missouri and Alonzo Bradwell Directed to Plaintiff Robin Mesey and my preceding responses thereto. I confirm the truth and accuracy of those responses to the best of my knowledge, information and belief.

_____
Robin Mesey

Subscribed and sworn to before me this 19th day of December, 2019.

_____
Notary Public

My Commission expires:



_____

6

**EXHIBIT 6**

SCHOTTEL & ASSOCIATES, P.C.

BY: /s/ James W. Schottel, Jr.
James W. Schottel, Jr.   #51285MO
906 Olive St., PH
St. Louis, MO 63101
(314) 421-0350
(314) 421-4060 facsimile
jwsj@schotteljustice.com

Attorney for Plaintiffs
Robin Mesey
Jennifer Mesey

**CERTIFICATE OF SERVICE**

I hereby certify that the original of the foregoing was mailed first-class, postage prepaid to the following on this 16th day of January, 2020.

Damon S. Phillips
KECK & PHILLIPS, LLC
3140 East Division
Springfield, MO 65802

Attorney for Defendants
City of Van Buren, Missouri
Alonzo Bradwell

I further hereby certify that a copy of the foregoing was mailed first-class, postage prepaid to the following on this 16th day of January, 2020.

Portia C. Kayser
FISHER PATTERSON SAYLER & SMITH, L.L.P.
1010 Market St., Ste 1650
St. Louis, MO 63101

Attorney for Defendant
Charles Roper

/s/ James W. Schottel, Jr.

7

**EXHIBIT 6**