

# MOUNTAIN VIEW ANIMAL CLINIC

Highway 60 West • Mountain View, MO 65548

Phone  417-934-2323

June 20, 2017

To Whom It May Concern:

Owner of Draco: A Blond/White Husky, 13 yrs of age, 64.8 lbs

Jeffery Walberg

P O Box 176

Van Buren, Missouri 65965

Draco has been kenneled at the Mountain View Animal Clinic from June 10-June 20, 2017.  He has shown no abnormal behavior during the boarding.  He has been eating and drinking daily.

Joe Lewis, D.V.M.

Marcia Lewis, Office Manager

*Marcia Lewis*

EXHIBIT C                    PLF 025