### Page 1

```
 1           UNITED STATES DISTRICT COURT
 2            EASTERN DISTRICT OF MISSOURI
 3               SOUTHEASTERN DIVISION
 4
 5
 6   ROBIN MESEY and JENNIFER MESEY, )
 7        Plaintiff,          )
 8   vs.                      )
 9   CITY OF VAN BUREN, MISSOURI, et ) 1:19-CV-71 SNLJ
10   al,                      )
11        Defendant.          )
12
13
14
15        DEPOSITION OF DONNA ROPER
16      TAKEN ON BEHALF OF THE PLAINTIFF
17             OCTOBER 30, 2020
```

### Page 2

```
 1              INDEX
 2   QUESTIONS BY:                    PAGE
 3   Mr. Schottel                       5
 4
 5
 6
 7
 8            EXHIBITS
 9   EXHIBIT                          PAGE
10
11
12   (Exhibits retained by Mr. Schottel.)
```

### Page 3

```
 1           UNITED STATES DISTRICT COURT
 2            EASTERN DISTRICT OF MISSOURI
 3               SOUTHEASTERN DIVISION
 4
 5   ROBIN MESEY and JENNIFER MESEY, )
 6        Plaintiff,          )
 7   vs.                      )
 8   CITY OF VAN BUREN, MISSOURI, et ) 1:19-CV-71 SNLJ
 9   al,                      )
10        Defendant.          )
11
12        DEPOSITION OF DONNA ROPER, produced,
13   sworn and examined on OCTOBER 30, 2020, between the
14   hours of eight o'clock in the forenoon and six o'clock
15   in the afternoon of that day, at the Phelps County
16   Courthouse, 200 North Main Street, Skyroom, Rolla,
17   Missouri  65401, before Sarah J. Pokorski, a Certified
18   Court Reporter and Notary Public within and for the
19   State of Missouri, in a certain cause now pending in
20   the United States District Court, Eastern District of
21   Missouri, Southeastern Division, between ROBIN MESEY
22   and JENNIFER MESEY, Plaintiff vs. CITY OF VAN BUREN,
23   MISSOURI, et al, Defendant; on behalf of the
24   Plaintiff.
```

### Page 4

```
              A P P E A R A N C E S

 3   For the Plaintiff:
     Schottel & Associates
     James W. Schottel, Jr.
 4   906 Olive Street, PH
 5   St. Louis, Missouri  63101
     314-421-0350
 6   jwsj@schotteljustice.com

 8   For the Defendant:
     Keck Phillips
 9   Ty Z. Harden
     3140 East Division Street
10   Springfield, Missouri  65802
     417-890-8989
11   ty@kpwlawfirm.com

13   Fisher Patterson Sayler & Smith
     Joshua C. Grumke
14   1010 Market Street
     Suite 1650
15   St. Louis, Missouri  63101
     314-561-3675
16   jgrumke@fpsslaw.com

18   Court Reporter:
     Sarah J. Pokorski, CCR
19   Missouri CCR No. 745
     Alaris Litigation Services
20   711 North Eleventh Street
     St. Louis, Missouri  63101
21   314-644-2191
     1-800-280-DEPO
```

## Page 5

1  IT IS HEREBY STIPULATED AND AGREED by and
2  between counsel for the Plaintiff and counsel for the
3  Defendant that this deposition may be taken in
4  shorthand by Sarah J. Pokorski, CCR, a Certified Court
5  Reporter and Notary Public, and afterwards transcribed
6  into typewriting; and the signature of the witness is
7  waived.
8
9       * * * * *
10
11       DONNA ROPER,
12  Of lawful age, produced, sworn and examined on behalf
13  of the plaintiff, deposes and says:
14
15    (Starting time of the deposition:  2:05 p.m.)
16
17       DIRECT EXAMINATION
18  QUESTIONS BY MR. SCHOTTEL:
19    Q.  Good afternoon, Mrs. Roper.  First I want to
20  thank you for being here and giving your testimony
21  today, as you're not a party.  But your attorneys were
22  kind enough to agree that we would take your
23  deposition.  I don't expect your deposition to last
24  very long at all.  But if you need to take a break for
25  any reason, just let me know, and we can take a break

## Page 6

1  at that time.  Okay?
2    A.  Okay.
3    Q.  Could you state and spell your full name.
4    A.  Donna Rae Roper.  It's D-O-N-N-A R-A-E
5  R-O-P-E-R.
6    Q.  Okay.  Mrs. Roper, I represent Robin -- Robin
7  and Jennifer Mesey in this case against the City of
8  Van Buren, Chief Bradwell, and your husband, Charles
9  Roper.  I'll be asking you a series of questions.  If
10  you don't understand the question, simply ask me to
11  repeat -- repeat it or rephrase it, and I'd be happy
12  to do that for you.  My questions aren't intended to
13  confuse you in any way.  And if you do feel you're not
14  clear about the question, don't -- please don't
15  hesitate to let me know.  The court reporter's here,
16  so she's going to be taking down everything that's
17  spoken.  So try to refrain from answering a question
18  by nodding or doing uh-huh and uh-uh, and voice your
19  answer completely, because it looks better on the
20  transcript than -- and plus, a nod of the head is --
21  it just says nodding of the head in parentheses.  So
22  we like -- we like answers.  Right?
23       MR. HARDEN:  That's well explained.
24       MR. SCHOTTEL:  Isn't it?  That's how it
25  comes out.

## Page 7

1    Q.  (BY MR. SCHOTTEL.)  Have you had your
2  deposition taken before?
3    A.  Yes.
4    Q.  And --
5    A.  No.  Sorry.  No.
6    Q.  No.  Okay.
7    A.  It's my husband.  Sorry.
8    Q.  Right.  Are you presently under the influence
9  of any substance, drug, whether prescription,
10  non-prescription, that would affect your ability to
11  understand my questions or to give testimony?
12    A.  Yes.
13    Q.  What kind of medication?
14    A.  Anti-depressants, anxiety, MS meds.
15       MR. GRUMKE:  He's asking whether or not
16  it's going to affect your ability to testify.
17       MR. SCHOTTEL:  Right.
18       MR. GRUMKE:  Right.  To answer truthfully
19  his questions.
20    Q.  (BY MR. SCHOTTEL.)  Do you still think you
21  can understand my questions and answer them?
22    A.  I should be able to.
23    Q.  Okay.  And I promise you, my questions aren't
24  going to be complex.  Like I said, I'm not going to
25  try to trick you.  They'll be straight-forward.  And

## Page 8

1  like I said, if you have any questions, or if you need
2  to speak to your attorney, just let me know.  I'm okay
3  to stop at that point.
4    A.  Okay.
5    Q.  What's your date of birth?
6    A.  12/9/1980.
7    Q.  And what's the highest grade of education
8  you've completed?
9    A.  Graduated.
10    Q.  High school?
11    A.  High school.
12    Q.  All right.  Have you had any post-high-school
13  education, training, anything?
14    A.  Yes.
15    Q.  What kind?
16    A.  Managerial.
17    Q.  Okay.  Did you take some courses, or
18  something --
19    A.  I went to a three-day class.
20    Q.  Oh.  Where was that class at?
21    A.  Cape.
22    Q.  Cape Girardeau?
23    A.  Yeah.
24    Q.  Are you presently employed?
25    A.  No.

Page 9

1   Q.  Did you review any documents, or photographs,
2   or anything else -- anything -- anything else in
3   preparation of your deposition today?
4       A.  No.
5       Q.  And are you aware that the incident relating
6   to this case is your husband, Charles Roper's,
7   shooting of the Meseys' dogs?  Correct?
8       A.  Yes.
9       Q.  Okay.  Prior to that incident, were you
10  friends with either one of the Meseys, Jennifer or
11  Robin?
12      A.  Yes.
13      Q.  Were you friends with both, or one more than
14  the other?
15      A.  Both.
16      Q.  Do you have children?
17      A.  Yes.
18      Q.  All right.  Were -- prior to this incident,
19  were your children friends with the Meseys' children?
20      A.  Yes.
21      Q.  Okay.  Did your kids have a chance before
22  this incident to sleep over and spend the night at the
23  Meseys' residence?
24      A.  Yes.
25      Q.  And during any of those times, did the Meseys

Page 10

1   have the dog Max?
2       A.  Yes.
3       Q.  Did they have the dog Nina during any of
4   those times?
5       A.  Yes.
6       Q.  Yes.  Would you ever go to the Meseys' house
7   and socialize with them?
8       A.  Yes.
9       Q.  Okay.  And when you socialized with Jennifer
10  and Robin Mesey, was Max present?
11      A.  Yes.
12      Q.  Were you friendly with Max?
13      A.  Yes.
14      Q.  Did you pet him?
15      A.  Yes.
16      Q.  Did he ever bite you?
17      A.  No.
18      Q.  Did he ever attack you?
19      A.  No.
20      Q.  What about Nina?  Were you friends with Nina?
21      A.  Yes.
22      Q.  Did you pet Nina?
23      A.  Yes.
24      Q.  Did Nina ever bite you?
25      A.  No.

Page 11

1       Q.  Did Nina ever attack you?
2       A.  No.
3       Q.  Did you have a chance to see your children
4   interact with either Max or Nina?
5       A.  Yes.
6       Q.  And can you describe those interactions.
7       A.  Fine.
8       Q.  So did your children play with Max?
9       A.  Yeah.
10      Q.  Did they play with Nina?
11      A.  Yeah.
12      Q.  Is that a yes?
13      A.  Yes.  Sorry.  I said yeah.
14      Q.  Yeah.  Close enough.  Right?  And prior to
15  this incident, how often would you say you would spend
16  time at the Meseys' residence?
17      A.  Once or twice a week.
18      Q.  And would that be you yourself, or you and
19  your kids?
20      A.  Me, myself, and me and my kids.
21      Q.  So sometimes just you alone, and sometimes
22  with the kids?
23      A.  Yes.
24      Q.  And had that occurred over a year?  A couple
25  years?

Page 12

1       A.  Many years.
2       Q.  Okay.  At the time of the incident subject to
3   this case, where were Jennifer and Robin Mesey living?
4       A.  I don't know.
5       Q.  Do you know on what street?
6       A.  Dale Street.
7       Q.  And do you know what house?  I mean, could
8   you locate the house?
9       A.  I think they were in their dad's house.
10      Q.  Okay.
11      A.  Her dad's house --
12      Q.  Right.
13      A.  -- I should say.
14      Q.  Okay.  Now, any of those visits that we
15  talked about before, did any of them occur at their
16  location on Dale Street?
17      A.  Yes.
18      Q.  And did your father also live on Dale Street?
19      A.  Yes.
20      Q.  About how far from the Meseys did your father
21  live?
22      A.  One block.
23      Q.  Did your father have a dog?
24      A.  Yes.
25      Q.  And what was the dog's name?

Page 13

1    A.  Draco.
2    Q.  Okay.  Is that D-R-A-C-O?
3    A.  Yes.
4    Q.  What kind of dog was Draco?
5    A.  He was a mix.
6    Q.  Okay.  About how big was Draco?
7    A.  German Shepherd size.
8    Q.  More than 50 pounds?
9    A.  Yes.
10   Q.  In between 50 and 100?
11   A.  Yeah.
12   Q.  So not a small dog?
13   A.  No.
14   Q.  On the date of the incident, did you have a
15   chance to travel to Dale Street?
16   A.  On the date of the incident?
17   Q.  Yes.
18   A.  Yes.
19   Q.  I'm sorry?
20   A.  Yes.
21   Q.  Okay.  And how did you get to Dale Street?
22   By what means of transportation?
23   A.  Vehicle.
24   Q.  All right.  And whose vehicle were you in?
25   A.  My son's.

Page 14

1    Q.  And who was driving?
2    A.  My husband.
3    Q.  Okay.  And when you -- were you in the
4    passenger's seat?
5    A.  Yes.
6    Q.  Was anyone else in the vehicle besides you
7    and your husband?
8    A.  No.
9    Q.  When you were driving to Dale Street, was
10   your intention to go visit your dad?
11   A.  Yes.
12   Q.  Okay.  Did you drive to your dad's house?
13   A.  My husband did.
14   Q.  I'm sorry.  Good answer.  Did you and your
15   husband drive to your dad's house?
16   A.  Yes.
17   Q.  And as you got to your dad's house, what did
18   you see?
19   A.  Nothing.
20   Q.  And when you arrived at your dad's house, did
21   your husband park the vehicle?
22   A.  Yes.
23   Q.  All right.  Do you remember where he parked?
24   A.  Right in front of the sidewalk.
25   Q.  And would that have been in front of your

Page 15

1    dad's house?
2    A.  Yes.
3    Q.  And what happened after your husband parked
4    the vehicle?
5    A.  We went in and visited with my dad.
6    Q.  Did you two walk in your dad's house
7    together?
8    A.  Yes.
9    Q.  And did your dad say anything about Draco?
10   A.  No.  Draco was in the house at the time.
11   Q.  Okay.  How long did you visit with your dad
12   that time?
13   A.  I can't remember.
14   Q.  Okay.  At some point, did -- did your dad or
15   anyone let Draco outside?
16   A.  Yes.  My dad did.
17   Q.  Okay.  And what happened after Draco was let
18   outside?
19   A.  We sat in there and talked a little longer.
20   Q.  Okay.  And did Draco come back inside?
21   A.  No.
22   Q.  Okay.  At some point, did you and your
23   husband leave your dad's house?
24   A.  Yes.
25   Q.  Okay.  And did you leave just because you had

Page 16

1    visited long enough, it was time to go to the next
2    spot, or --
3    A.  Yes.
4    Q.  And did you both exit your dad's house at the
5    same time?
6    A.  Yes, we did.
7    Q.  And what happened after you exited your dad's
8    house?
9    A.  We got in the vehicle, drove up the street,
10   and seen a pile of dogs in the middle of the road.
11   Q.  Pile of dogs wrestling?  Fighting?
12   A.  Fighting.
13   Q.  What were they doing?  Did you recognize the
14   dogs?
15   A.  Yes, I did.
16   Q.  What dogs did you recognize?
17   A.  I recognized my father's.
18   Q.  Was Draco the only dog you recognized?
19   A.  No.  I recognized Max and Nina, too.
20   Q.  Prior to this incident, had Draco and Max or
21   Nina -- had they fought before?
22   A.  Yes.
23   Q.  Did they do that often?
24   A.  I think there was only one time before.
25   Q.  Okay.  Was Max injured?  Or was Draco injured

### Page 17

1  that one time before?
2  A. Yes.
3  Q. What happened to him?
4  A. He had bite marks all over his face.
5  Q. Okay. He didn't have any deadly wounds; did
6  he?
7  A. Not deadly. No.
8  Q. Okay. When you saw Draco, Max and Nina in
9  the middle of the road fighting, what did you and your
10 husband do?
11 A. We stopped the vehicle.
12 Q. And what happened after you guys stopped the
13 vehicle?
14 A. We stepped out of the vehicle.
15 Q. Did you exit the passenger's side door?
16 A. Yes, I did.
17 Q. Okay. And did your husband, Charles, exit
18 the driver's side door?
19 A. Yes.
20 Q. What did you do after you exited the door?
21 A. I stood beside the door for a minute.
22 Q. Okay. And when you both exited the vehicle,
23 what were the dogs doing at that time?
24 A. Both Max and Nina were just ripping him
25 apart.

### Page 18

1  Q. Did you say anything to them?
2  A. I hollered their names, to see if I could get
3  their attention.
4  Q. Okay. And did you see or hear your husband
5  do anything?
6  A. Not at that time. I was focused on the dogs.
7  Q. Okay. What happened next?
8  A. What happened next? I heard my husband take
9  one shot, and it scared the smallest dog off. And
10 then I went to take a few steps forward to see if I
11 could try and coax Max off of my dad's dog. And then
12 he just decided that hackles were raised, tail was
13 stiff, you know, teeth bared, he was growling, and he
14 was fixing -- he was coming over the top of Draco
15 towards me, so my husband took a second shot.
16 Q. Do you know where he took the shot at?
17 A. Which one? The first one or the second one?
18 Q. The second one.
19 A. At the dog. In the head. Well, back of the
20 neck, I think. I didn't really get to see that part.
21 Q. Okay. How close was Max to you when your
22 husband, Charles, shot him?
23 A. About five foot.
24 Q. And what happened after Mr. Roper shot Max?
25 A. I got my dad's dog and took him back down to

### Page 19

1  his house.
2  Q. Okay. And what did you do with Draco after
3  you got him to your dad's house?
4  A. We checked him thoroughly for wounds, which
5  he had quite a few.
6  Q. Okay. Did you take him to a veterinarian for
7  care?
8  A. No. My dad's stubborn. We tried to get him
9  to.
10 Q. So the answer's no?
11 A. No.
12 Q. So the wounds weren't deadly.
13    MR. GRUMKE: Objection. Calls for
14 speculation.
15 Q. (BY MR. SCHOTTEL.) Did -- did Draco die from
16 the wounds that day?
17 A. No.
18 Q. Was Max attacking you that day?
19 A. No.
20 Q. Did Max bite you that day?
21 A. No.
22 Q. Did Nina attack you that day?
23 A. No.
24 Q. Did Nina bite you that day?
25 A. No.

### Page 20

1  Q. And I -- when I say that day to all those
2  questions, I'm referring to the day that your husband
3  shot Max. Right?
4  A. Right.
5  Q. Okay. You had mentioned something about the
6  hackles. Can you describe what the hackles are.
7  A. It's the fur on the dog's back.
8  Q. Okay. And what was significant about the fur
9  on Max's back?
10 A. Usually when they're raised, that means
11 they're aggravated.
12 Q. I wasn't asking what it means when they're
13 raised. I'm asking your observation of Max that day.
14 What did you observe about his hair?
15 A. I seen that his hackles were raised, and his
16 tail was stiff, and he was baring his teeth at me.
17 Q. And that's your testimony today?
18 A. Yes.
19 Q. All right. And the incident subject to this
20 case, I believe, was February 22nd, 2019. Does that
21 sound right?
22 A. Yes.
23 Q. Were you interviewed by anyone with the
24 Carter County Sheriff's Department?
25 A. No. They took a statement, is all.

### Page 21

1  Q. You gave a statement? You weren't
2  interviewed, but you gave a statement?
3  A. Yeah. I gave a statement.
4  MR. SCHOTTEL: Can you -- there's only one
5  copy. You want to grab this. Kind of push that
6  sticker down before it falls off. It's the whole
7  thing.
8  MR. GRUMKE: This whole thing?
9  MR. SCHOTTEL: Yeah. They're Bates
10 numbered. It's the Carter County --
11 MR. GRUMKE: Oh, it's the whole -- it's the
12 whole file?
13 Q. (BY MR. SCHOTTEL.) I've just put in front of
14 you Plaintiff's Exhibit 1. It's the Carter County
15 Sheriff's investigation file. They're Bates numbered.
16 Means their page numbers are in the upper-right
17 corner. Could you turn to Page 83.
18 MR. GRUMKE: Number 89.
19 MR. SCHOTTEL: Toward the very back. 83.
20 THE WITNESS: 83?
21 MR. GRUMKE: 83?
22 THE WITNESS: 83.
23 Q. (BY MR. SCHOTTEL.) If you could take a
24 minute to read through that.
25 A. Okay.

### Page 22

1  Q. All right. In the -- in your statement that
2  you -- or first, what's the day of this statement?
3  A. 2/22/19.
4  Q. That's the same day as the incident.
5  Correct?
6  A. Yes.
7  Q. Did you say anywhere in your statement that
8  Max' hackles were raised?
9  A. No.
10 Q. Did you say his -- anything about his tail --
11 A. No.
12 Q. -- being straight? No? Is that a no?
13 A. No.
14 Q. Did you say anything about Max showing his
15 teeth towards you?
16 A. No.
17 Q. Okay. And correct me if I'm wrong, but in
18 your statement, you stated the dog came towards me,
19 and my husband fired another shot. In that statement,
20 the dog, were you referring to Max?
21 A. Yes.
22 Q. So Max only came toward you?
23 A. Me.
24 Q. Yes.
25 A. Yes.

### Page 23

1  Q. Okay. Is there any reason why you didn't
2  state anything about the hackles in your statement?
3  A. I didn't know that a statement had to be
4  detailed.
5  Q. Okay. Is there any reason you didn't state
6  anything about the -- Max's teeth being shown to you?
7  A. I just basically explained what happened.
8  Q. Well, this is an explanation of what
9  happened, according to you, on that day. Right?
10 But -- and today, you're giving a different version.
11 MR. HARDEN: Object to form.
12 Argumentative.
13 Q. (BY MR. SCHOTTEL.) Are you testifying to
14 something additionally today that's not in that
15 written statement?
16 A. No. I just didn't write the details down on
17 here.
18 Q. Okay. So that's my question. Are you
19 testifing today to something additional that is not
20 contained in your original written statement?
21 A. Yes.
22 Q. Okay. What happened after your husband,
23 Mr. Roper, shot Max?
24 A. What happened after? I took my dad's dog
25 and -- took my dad's dog back down to his house.

### Page 24

1  Q. Okay. Did you see Max after he got shot?
2  A. No. I didn't.
3  Q. Wasn't he in front of you?
4  A. I was more focused on my dad's dog.
5  Q. Okay. Where was Max? If you were standing,
6  and Max was getting shot, you said he's about five
7  feet from you. Correct?
8  A. Uh-huh.
9  Q. Was he in front of you, or to the side of
10 you?
11 A. In front.
12 Q. Okay. Where was Draco?
13 A. In front of me.
14 Q. Was he on the other side of Max?
15 A. No. Max was on top of him.
16 Q. Okay. Five feet away?
17 A. Yes.
18 Q. Were you present when either Robin or
19 Jennifer Mesey came out to the location?
20 A. No.
21 Q. Did your husband go with you -- or I'm
22 sorry -- what did you do with Draco after your husband
23 shot Max?
24 A. I took him to my dad's house.
25 Q. Did your husband, Charles, go with you?

Page 25

1   A.  No.
2   Q.  Do you know what he did?
3   A.  Wasn't there.  No.
4       MR. SCHOTTEL:  Okay.  I don't have any
5   further questions.  Thank you for coming.
6       THE WITNESS:  Thank you.
7       MR. HARDEN:  No questions.
8       MR. GRUMKE:  All right.  So you can
9   either -- you have two options with the transcript.
10  Either you can waive, which means you say you trust
11  the court reporter that she took down everything you
12  testified to today correctly, or we can get a copy of
13  it, you can review it, and then you can sign
14  afterwards.  So it's up to you.  I'm not going to push
15  you one way or another.  But let her know.  Or you'll
16  have to let the court reporter know before we finish.
17      THE WITNESS:  I guess I can go ahead and
18  waive.  Trust that she --
19      MR. GRUMKE:  That's fine.  No.  That's
20  fine.  We'll waive signature, then.
21
22     (Ending time of the deposition:  2:43 p.m.)
23
24
25

Page 26

1          CERTIFICATE OF REPORTER
2   STATE OF MISSOURI   )
3              ) ss.
4   COUNTY OF PHELPS    )
5
6       I, Sarah J. Pokorski, Certified Court
7   Reporter within and for the State of Missouri, do
8   hereby certify that the witness whose testimony
9   appears in the foregoing deposition was duly sworn by
10  me; that the testimony of said witness was taken by me
11  to the best of my ability and thereafter reduced to
12  typewriting under my direction; that I am neither
13  counsel for, related to, nor employed by any of the
14  parties to the action in which this deposition was
15  taken, and further that I am not a relative or
16  employee of any attorney or counsel employed by the
17  parties thereto, nor financially or otherwise
18  interested in the outcome of the action.
19      _____
20      Sarah Pokorski, CCR 745
21
22
23
24
25

**A**

ability 7:10,16
   26:11
able 7:22
action 26:14,18
additional 23:19
additionally
   23:14
affect 7:10,16
afternoon 3:15
   5:19
age 5:12
aggravated
   20:11
agree 5:22
AGREED 5:1
ahead 25:17
al 1:10 3:9,23
Alaris 4:19
answer 6:19
   7:18,21 14:14
answer's 19:10
answering 6:17
answers 6:22
Anti-depress...
   7:14
anxiety 7:14
apart 17:25
appears 26:9
Argumentative
   23:12
arrived 14:20
asking 6:9 7:15
   20:12,13
Associates 4:3
attack 10:18 11:1
   19:22
attacking 19:18
attention 18:3
attorney 8:2
   26:16
attorneys 5:21
aware 9:5

**B**

back 15:20
   18:19,25 20:7
20:9 21:19
   23:25
bared 18:13
baring 20:16
basically 23:7
Bates 21:9,15
behalf 1:16 3:23
   5:12
believe 20:20
best 26:11
better 6:19
big 13:6
birth 8:5
bite 10:16,24
   17:4 19:20,24
block 12:22
Bradwell 6:8
break 5:24,25
Buren 1:9 3:8
   3:22 6:8

**C**

C 4:1,13
Calls 19:13
Cape 8:21,22
care 19:7
Carter 20:24
   21:10,14
case 6:7 9:6
   12:3 20:20
cause 3:19
CCR 4:18,19 5:4
   26:20
certain 3:19
CERTIFICATE
   26:1
Certified 3:17
   5:4 26:6
certify 26:8
chance 9:21 11:3
   13:15
Charles 6:8 9:6
   17:17 18:22
   24:25
checked 19:4
Chief 6:8
children 9:16,19
9:19 11:3,8
City 1:9 3:8,22
   6:7
class 8:19,20
clear 6:14
close 11:14 18:21
coax 18:11
come 15:20
comes 6:25
coming 18:14
   25:5
completed 8:8
completely 6:19
complex 7:24
confuse 6:13
contained
   23:20
copy 21:5 25:12
corner 21:17
correct 9:7
   22:5,17 24:7
correctly 25:12
counsel 5:2,2
   26:13,16
County 3:15
   20:24 21:10,14
   26:4
couple 11:24
courses 8:17
court 1:1 3:1,18
   3:20 4:18 5:4
   6:15 25:11,16
   26:6
Courthouse
   3:16

**D**

D-O-N-N-A 6:4
D-R-A-C-O 13:2
dad 14:10 15:5,9
   15:11,14,16
dad's 12:9,11
   14:12,15,17,20
   15:1,6,23 16:4
   16:7 18:11,25
   19:3,8 23:24
   23:25 24:4,24
Dale 12:6,16,18
   13:15,21 14:9
date 8:5 13:14
   13:16
day 3:15 19:16
   19:18,20,22
   19:24 20:1,2
   20:13 22:2,4
   23:9
deadly 17:5,7
   19:12
decided 18:12
Defendant 1:11
   3:10,23 4:8
   5:3
Department
   20:24
deposes 5:13
deposition 1:15
   3:12 5:3,15,23
   5:23 7:2 9:3
   25:22 26:9,14
describe 11:6
   20:6
detailed 23:4
details 23:16
die 19:15
different 23:10
DIRECT 5:17
direction 26:12
District 1:1,2 3:1
   3:2,20,20
Division 1:3 3:3
   3:21 4:9
documents 9:1
dog 10:1,3 12:23
   13:4,12 16:18
   18:9,11,19,25
   22:18,20
   23:24,25 24:4
dog's 12:25
   20:7
dogs 9:7 16:10
   16:11,14,16
   17:23 18:6
doing 6:18 16:13
   17:23
Donna 1:15 3:12
   5:11 6:4
door 17:15,18,20
   17:21
Draco 13:1,4,6
   15:9,10,15,17
   15:20 16:18,20
   16:25 17:8
   18:14 19:2,15
   24:12,22
drive 14:12,15
driver's 17:18
driving 14:1,9
drove 16:9
drug 7:9
duly 26:9

**E**

E 4:1,1
East 4:9
Eastern 1:2 3:2
   3:20
education 8:7
   8:13
eight 3:14
either 9:10 11:4
   24:18 25:9,10
Eleventh 4:20
employed 8:24
   26:13,16
employee
   26:16
et 1:9 3:8,23
EXAMINATION
   5:17
examined 3:13
   5:12
Exhibit 2:9
   21:14
Exhibits 2:8,12
exit 16:4 17:15,17
exited 16:7
   17:20,22
expect 5:23
explained 6:23
   23:7
explanation

23:8

**F**

face 17:4
falls 21:6
far 12:20
father 12:18,20
   12:23
father's 16:17
February 20:20
feel 6:13
feet 24:7,16
fighting 16:11,12
   17:9
file 21:12,15
financially 26:17
fine 11:7 25:19
   25:20
finish 25:16
fired 22:19
first 5:19 18:17
   22:2
Fisher 4:13
five 18:23 24:6
   24:16
fixing 18:14
focused 18:6
   24:4
foot 18:23
foregoing 26:9
forenoon 3:14
form 23:11
forward 18:10
fought 16:21
friendly 10:12
friends 9:10,13
   9:19 10:20
front 14:24,25
   21:13 24:3,9,11
   24:13
full 6:3
fur 20:7,8
further 25:5
   26:15

**G**

German 13:7
getting 24:6
Girardeau 8:22
give 7:11
giving 5:20
   23:10
go 10:6 14:10
   16:1 24:21,25
   25:17
going 6:16 7:16
   7:24,24 25:14
Good 5:19 14:14
grab 21:5
grade 8:7
Graduated 8:9
growling 18:13
Grumke 4:13
   7:15,18 19:13
   21:8,11,18,21
   25:8,19
guess 25:17
guys 17:12

**H**

hackles 18:12
   20:6,6,15
   22:8 23:2
hair 20:14
happened 15:3
   15:17 16:7 17:3
   17:12 18:7,8,24
   23:7,9,22,24
happy 6:11
Harden 4:9
   6:23 23:11
   25:7
head 6:20,21
   18:19
hear 18:4
heard 18:8
hesitate 6:15
High 8:10,11
highest 8:7
hollered 18:2
hours 3:14
house 10:6 12:7
   12:8,9,11 14:12
   14:15,17,20
   15:1,6,10,23
   16:4,8 19:1,3
   23:25 24:24
husband 6:8
   7:7 9:6 14:2,7
   14:13,15,21
   15:3,23 17:10
   17:17 18:4,8,15
   18:22 20:2
   22:19 23:22
   24:21,22,25

**I**

incident 9:5,9
   9:18,22 11:15
   12:2 13:14,16
   16:20 20:19
   22:4
INDEX 2:1
influence 7:8
injured 16:25
   16:25
inside 15:20
intended 6:12
intention 14:10
interact 11:4
interactions 11:6
interested
   26:18
interviewed
   20:23 21:2
investigation
   21:15

**J**

J 3:17 4:18 5:4
   26:6
James 4:4
Jennifer 1:6 3:5
   3:22 6:7 9:10
   10:9 12:3
   24:19
jgrumke@fps...
   4:16
Joshua 4:13
Jr 4:4
jwsj@schottel...
   4:6

**K**

Keck 4:8
kids 9:21 11:19
   11:20,22
kind 5:22 7:13
   8:15 13:4 21:5
know 5:25 6:15
   8:2 12:4,5,7
   18:13,16 23:3
   25:2,15,16

**L**

lawful 5:12
leave 15:23,25
Litigation 4:19
little 15:19
live 12:18,21
living 12:3
locate 12:8
location 12:16
   24:19
long 5:24 15:11
   16:1
longer 15:19
looks 6:19
Louis 4:5,15,20

**M**

Main 3:16
Managerial 8:16
Market 4:14
marks 17:4
Max 10:1,10,12
   11:4,8 16:19,20
   16:25 17:8,24
   18:11,21,24
   19:18,20 20:3
   20:13 22:14
   22:20,22
   23:23 24:1,5,6
   24:14,15,23
Max' 22:8
Max's 20:9
   23:6
mean 12:7

means 13:22
   20:10,12 21:16
   25:10
medication 7:13
meds 7:14
mentioned
   20:5
Mesey 1:6,6 3:5
   3:5,21,22 6:7
   10:10 12:3
   24:19
Meseys 9:10,25
   12:20
Meseys' 9:7,19
   9:23 10:6 11:16
middle 16:10
   17:9
minute 17:21
   21:24
Missouri 1:2,9
   3:2,8,17,19,21
   3:23 4:5,10,15
   4:19,20 26:2,7
mix 13:5

**N**

N 4:1
name 6:3 12:25
names 18:2
neck 18:20
need 5:24 8:1
neither 26:12
night 9:22
Nina 10:3,20,20
   10:22,24 11:1,4
   11:10 16:19,21
   17:8,24 19:22
   19:24
nod 6:20
nodding 6:18,21
non-prescripti...
   7:10
North 3:16 4:20
Notary 3:18 5:5
Number 21:18
numbered 21:10
   21:15

numbers 21:16

**O**

o'clock 3:14,14
Object 23:11
Objection 19:13
observation 20:13
observe 20:14
occur 12:15
occurred 11:24
OCTOBER 1:17 3:13
Oh 8:20 21:11
okay 6:1,2,6 7:6 7:23 8:2,4,17 9:9,21 10:9 12:2,10,14 13:2 13:6,21 14:3,12 15:11,14,17,20 15:22,25 16:25 17:5,8 17:17,22 18:4,7 18:21 19:2,6 20:5,8 21:25 22:17 23:1,5 23:18,22 24:1 24:5,12,16 25:4
Olive 4:4
Once 11:17
options 25:9
original 23:20
outcome 26:18
outside 15:15,18

**P**

P 4:1,1
p.m 5:15 25:22
page 2:2,9 21:16,17
parentheses 6:21
park 14:21
parked 14:23 15:3
part 18:20

parties 26:14,17
party 5:21
passenger's 14:4 17:15
Patterson 4:13
pending 3:19
pet 10:14,22
PH 4:4
Phelps 3:15 26:4
Phillips 4:8
photographs 9:1
pile 16:10,11
plaintiff 1:7,16 3:6,22,24 4:3 5:2,13
Plaintiff's 21:14
play 11:8,10
please 6:14
plus 6:20
point 8:3 15:14 15:22
Pokorski 3:17 4:18 5:4 26:6 26:20
post-high-sch... 8:12
pounds 13:8
preparation 9:3
prescription 7:9
present 10:10 24:18
presently 7:8 8:24
prior 9:9,18 11:14 16:20
produced 3:12 5:12
promise 7:23
Public 3:18 5:5
push 21:5 25:14
put 21:13

**Q**

question 6:10 6:14,17 23:18

questions 2:2 5:18 6:9,12 7:11,19,21,23 8:1 20:2 25:5 25:7
quite 19:5

**R**

R 4:1
R-A-E 6:4
R-O-P-E-R 6:5
Rae 6:4
raised 18:12 20:10,13,15 22:8
read 21:24
really 18:20
reason 5:25 23:1,5
recognize 16:13 16:16
recognized 16:17,18,19
reduced 26:11
referring 20:2 22:20
refrain 6:17
related 26:13
relating 9:5
relative 26:15
remember 14:23 15:13
repeat 6:11,11
rephrase 6:11
reporter 3:18 4:18 5:5 25:11 25:16 26:1,7
reporter's 6:15
represent 6:6
residence 9:23 11:16
retained 2:12
review 9:1 25:13
right 6:22 7:8,17 7:18 8:12 9:18 11:14 12:12 13:24 14:23

14:24 20:3,4 20:19,21 22:1 23:9 25:8
ripping 17:24
road 16:10 17:9
Robin 1:6 3:5,21 6:6,6 9:11 10:10 12:3 24:18
Rolla 3:16
Roper 1:15 3:12 5:11,19 6:4,6,9 18:24 23:23
Roper's 9:6

**S**

S 4:1
Sarah 3:17 4:18 5:4 26:6,20
sat 15:19
saw 17:8
Sayler 4:13
says 5:13 6:21
scared 18:9
school 8:10,11
Schottel 2:3,12 4:3,4 5:18 6:24 7:1,17,20 19:15 21:4,9,13 21:19,23 23:13 25:4
seat 14:4
second 18:15,17 18:18
see 11:3 14:18 18:2,4,10,20 24:1
seen 16:10 20:15
series 6:9
Services 4:19
Shepherd 13:7
Sheriff's 20:24 21:15
shooting 9:7
shorthand 5:4
shot 18:9,15,16

18:22,24 20:3 22:19 23:23 24:1,6,23
showing 22:14
shown 23:6
side 17:15,18 24:9,14
sidewalk 14:24
sign 25:13
signature 5:6 25:20
significant 20:8
simply 6:10
six 3:14
size 13:7
Skyroom 3:16
sleep 9:22
small 13:12
smallest 18:9
Smith 4:13
SNLJ 1:9 3:8
socialize 10:7
socialized 10:9
son's 13:25
sorry 7:5,7 11:13 13:19 14:14 24:22
sound 20:21
Southeastern 1:3 3:3,21
speak 8:2
speculation 19:14
spell 6:3
spend 9:22 11:15
spoken 6:17
spot 16:2
Springfield 4:10
ss 26:3
St 4:5,15,20
standing 24:5
Starting 5:15
state 3:19 6:3 23:2,5 26:2,7
stated 22:18
statement

DONNA ROPER 10/30/2020

| | | | | |
|---|---|---|---|---|
| 20:25 21:1,2,3 22:1,2,7,18,19 23:2,3,15,20 | 26:8,10 thank 5:20 25:5,6 | United 1:1 3:1,20 upper-right 21:16 | **X** | **5** |
| States 1:1 3:1,20 | thereto 26:17 | Usually 20:10 | **Y** | 5 2:3 50 13:8,10 |
| stepped 17:14 | thing 21:7,8 | | yeah 8:23 11:9 | |
| steps 18:10 | think 7:20 12:9 | **V** | 11:11,13,14 13:11 21:3,9 | **6** |
| sticker 21:6 | 16:24 18:20 | Van 1:9 3:8,22 6:8 | year 11:24 | 63101 4:5,15,20 |
| stiff 18:13 20:16 | thoroughly 19:4 | vehicle 13:23 | years 11:25 12:1 | 65401 3:17 |
| STIPULATED 5:1 | three-day 8:19 time 5:15 6:1 | 13:24 14:6,21 15:4 16:9 17:11 | **Z** | 65802 4:10 |
| stood 17:21 | 11:16 12:2 | 17:13,14,22 | Z 4:9 | **7** |
| stop 8:3 | 15:10,12 16:1,5 | version 23:10 | | 711 4:20 |
| stopped 17:11,12 | 16:24 17:1,23 | veterinarian | **0** | 745 4:19 26:20 |
| straight 22:12 | 18:6 25:22 | 19:6 | | |
| straight-forwa... 7:25 | times 9:25 10:4 today 5:21 9:3 | visit 14:10 15:11 visited 15:5 16:1 | **1** 1 21:14 | **8** 83 21:17,19,20 21:21,22 |
| street 3:16 4:4,9 | 20:17 23:10,14 | visits 12:14 | 1-800-280-D... | 89 21:18 |
| 4:14,20 12:5,6 | 23:19 25:12 | voice 6:18 | 4:21 | |
| 12:16,18 13:15 | top 18:14 24:15 | vs 1:8 3:7,22 | 1:19-CV-71 1:9 | **9** |
| 13:21 14:9 16:9 | training 8:13 | | 3:8 | 906 4:4 |
| stubborn 19:8 | transcribed 5:5 | **W** | 100 13:10 | |
| subject 12:2 20:19 | transcript 6:20 25:9 | W 4:4 waive 25:10,18 | 1010 4:14 12/9/1980 8:6 | |
| substance 7:9 | transportation | 25:20 | 1650 4:14 | |
| Suite 4:14 | 13:22 | waived 5:7 | | |
| sworn 3:13 5:12 | travel 13:15 | walk 15:6 | **2** | |
| 26:9 | trick 7:25 | want 5:19 21:5 | 2/22/19 22:3 | |
| | tried 19:8 | wasn't 20:12 | 2:05 5:15 | |
| **T** | trust 25:10,18 | 24:3 25:3 | 2:43 25:22 | |
| tail 18:12 20:16 22:10 | truthfully 7:18 try 6:17 7:25 | way 6:13 25:15 We'll 25:20 | 200 3:16 2019 20:20 | |
| take 5:22,24,25 | 18:11 | week 11:17 | 2020 1:17 3:13 | |
| 8:17 18:8,10 | turn 21:17 | went 8:19 15:5 | 22nd 20:20 | |
| 19:6 21:23 | twice 11:17 | 18:10 | | |
| taken 1:16 5:3 | two 15:6 25:9 | weren't 19:12 | **3** | |
| 7:2 26:10,15 | Ty 4:9 | 21:1 | 30 1:17 3:13 | |
| talked 12:15 15:19 | ty@kpwlawfir... 4:11 | witness 5:6 21:20,22 25:6 | 314-421-0350 4:5 | |
| teeth 18:13 20:16 22:15 23:6 | typewriting 5:6 26:12 | 25:17 26:8,10 wounds 17:5 19:4,12,16 | 314-561-3675 4:15 314-644-2191 | |
| testified 25:12 | **U** | wrestling 16:11 | 4:21 | |
| testifing 23:19 | uh-huh 6:18 | write 23:16 | 3140 4:9 | |
| testify 7:16 | 24:8 | written 23:15 | | |
| testifying 23:13 | uh-uh 6:18 | 23:20 | **4** | |
| testimony 5:20 7:11 20:17 | understand 6:10 7:11,21 | wrong 22:17 | 417-890-8989 4:10 | |