# Van Buren Police Department
## City of Van Buren Police Department

P. O. Box 40, Van Buren, MO 63965

### Offense / Incident Report

| Report Date | Type of Incident | Complaint No. | Case Status |
|---|---|---|---|
| 02/22/2019 1347 | CALLS FOR SERVICE | 19-059 | CLOSED |

Statement / Notes:

**Reporting Party / Complainant**

| Name (Last, First Middle Suffix) | Race | Sex | DOB | Age | Juvenile | SSN | Moniker |
|---|---|---|---|---|---|---|---|
| ROBER, CHARLES LEE | WHITE | M | 06/19/1984 | 34 | N | 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 | |

**Addresses**

| Type | Street Address | City | State | Zip Code | Country |
|---|---|---|---|---|---|
| | 15 ALEXANDER | VAN BUREN | MO | 69365 | USA |

**Phone Numbers**

| Type | Phone | Ext/PIN |
|---|---|---|
| CELL | (573) 870-0193 | |

**Email Addresses**

| Type | Email Address |
|---|---|

| Drivers License | Type | State | Expires | Restrictions | Marital Status | Resident Status | Ethnicity | Language |
|---|---|---|---|---|---|---|---|---|
| S089170001 | | MO | | | MARRIED | | | |

Statement / Notes:

**Offense Narrative**

On 02-22-2019 at approximately 1347 I was dispatched to Dale and Independence for a animal complaint. Upon arriving I was met by Charles Roper D.O.B 06-19-1984 who stated that his father in-laws dog was being attacked by a dog so he shot it. I observed a dead dog laying on independents st. I was also met by Robin Mesey D.O.B 11-1-1978 the dog owner. I advised Mr. Mesey to go back to his house to prevent any confrintation between parties. I advised Mr. Mesey I would speak with him after I got done speaking with Mr. Roper. Mr. Roper stated that he fired a warning shot and the dogs continued to fight so he shot the dog I observed a un spent shell on the pavement and two shell casings.

I went and spoke with Mr. Mesey. Mr. Mesy stated that he just heard gun shots and ran out side that he did not see anything. I went back and spoke to Mr. Roper and asked him for his firearm, that I would need to hold it for the investigation. Mr. Roper gave me his firearm.

Mr. Roper requested what was going to happen or what he needed to do. I informed him that I needed to contact the Chief of Police. I explained that though he is not on duty for the police department, I felt that I needed to inform the Chief of Police about the situation because I did not believe it would be appropriate for me to work the investigation.

I contacted the Chief Bradwell and explained the situation. Chief Bradwell stated that he would

| Reporting Officer | VB8   ROBERT DYER | Approving Officer (Cover Pages Only) |
|---|---|---|

Page 2 of 3          Printed   05/21/2019 0833

© 1994 - 2019 Omnigo Software St. Louis MO omnigo.com

EXHIBIT G                                                  City,0002

## Van Buren Police Department
## City of Van Buren Police Department

P. O. Box 40, Van Buren, MO 63965

### Offense / Incident Report

| Report Date | Type of Incident | Complaint No. | Case Status |
|---|---|---|---|
| 02/22/2019 1347 | CALLS FOR SERVICE | 19-059 | CLOSED |

contact the Sheriff. Chief Bradwell contacted me and stated that the Sheriff Department was going to send a deputy to conduct the investigation. At approximately 1403 Deputy Eudaley arrived on scene and I informed him of the situation and cleared the scene at 1422. Once the Deputy Justin Eudaley arrived I transfered the firearm to him and cleared the scene.

| Reporting Officer | VB8 ROBERT DYER | Approving Officer |
|---|---|---|
| | | (Cover Pages Only) |

Page 3 of 3          Printed  05/21/2019 0833

© 1994 - 2019 Omnigo Software St. Louis MO  omnigo.com

EXHIBIT G                                             City,0003