190087 - Carter County Sheriff's Office - Carter (MO18)

## Incident Narratives

**Original Narrative**

Author: Chief Deputy J. Eudaley #CC2
Date Created: 04/22/2019 1413 Hrs
Supp #: 0

On 2/22/19, at approximately 1355 hours, I was dispatched to the intersection of Dale and Independence Streets Van Buren, Mo in reference to a shot dog. I was contacted by Van Buren Police Chief Alonzo Bradwell, DSN VB 1, and he requested I investigate this incident due to one of his officer's being involved.

I arrived and met with Van Buren Police Department Officer Robert Dyer, DSN VB 8, and he informed me off deputy Police Officer Charles Roper had shot and killed a neighbors dog.

I observed a white and brown dog laying near a trailer. I was informed by Officer Dyer the dog's owner had moved it out of the side of the roadway. I photographed where the was laying and where I was informed it was laying after it was shot. I observed two (2) shell casing and a live round laying in the roadway. Shell casings and live round was photographed and collected as evidence. See attached photographs. All evidence collected was secured in the rear of my patrol vehicle.

Officer Dyer provided me with the firearm Mr. Roper had used to shoot the dog. I secured it int he rear of my patrol vehicle.

I responded and spoke with Mr. Robin Mesey, DOB 11/01/78, and Ms. Jennifer Mesey, DOB 10/5/82. Mr. Mesey stated he was sleeping and heard two (2) gun shots, looked outside and observed Mr. Roper with his pistol out, and his wife's dog dead in the street. See attached written statement.

Ms. Mesey stated Mr. Roper shot her dog and he (Mr. Roper) even stated he did. See attached written statement.

I departed and responded to the end of Dale St where Mr. Roper was and I asked if he would meet me at the Carter County Sheriff's Office and speak with me. Mr. Roper stated he would.

I met with Mr. Roper at the Carter County Sheriff's Office. At approximately 1459 hours, I advised Mr. Roper of his Rights per Miranda, he stated he understood his rights, signed the waiver form, and agreed to speak with me. I asked Mr. Roper what happened and he stated he and his wife Ms. Donna Roper, DOB 12/9/80, were traveling down Dale St. when he observed two (2) dogs attacking another dog. Mr. Roper stated he identified the dog being attacked as his father-in-law's dog. Mr. Roper stated he got out of his vehicle and yelled at the dogs to get off the other dog and the dogs did not obey. Mr. Roper stated he drew his weapon and fired one (1) round into the ground. Mr. Roper stated one (1) dog ran off but the other dog continued to maul his father-in-law's dog. Mr. Roper stated Ms. Roper walked around him and went to pull the dog off her father's dog, when she approached the dog the dog came at her. Mr. Roper stated he fired a shot into the dog and it fell over. Mr. Roper stated he was in fear for Ms. Roper's safety. Mr. Roper stated the owner of the dog came outside. Mr. Roper stated he contacted the Police and attempted to explain to the dog owner what had occurred. Mr. Roper stated the owner became distraught, so he backed off and waited for the police to arrive. See attached written statement.

I spoke with Ms. Roper and she stated she and Mr. Roper were leaving her father's residence, Mr. Jeffery Walberg, DOB unknown, when she seen three (3) dogs fighting in the road. Ms. Roper stated she pointed out to Mr. Roper the dog laying on the ground was her father's dog. Ms. Roper stated they stepped out of their vehicle to try and break them apart. Ms. Roper stated Mr. Roper fired one (1) shot into the ground and one (1) dog ran off. Ms. Roper stated the other dog did not move so she went to break them apart when the dog came towards her so Mr. Roper shot the dog.

190087 - Carter County Sheriff's Office - Carter (MO18)

On 2/23/19, at approximately 2010 hours, I was notified by Carter County Sheriff Richard Stephens he was contacted by Mr. Mesey and was informed he and Ms. Messey other dog had a bullet hole in it. I was informed by Sheriff Stephens Mr. and Ms. Mesey were taking the dog to the vet in Mountain View, Mo. I requested Sheriff Stephens advise Mr. and Ms. Mesey I would need copies of the medical records pertaining to the dog. Sheriff Stephens provided me with social media messages between he and Mr. Mesey. At this time I have yet to retrieve any documents from the Mesay's pertaining to the vet visit. See attached photograph of shot dog.

On 4/22/18, at approximately 0945 hours, I contacted the Mountain View Animal Clinic and requested any records pertaining to the Mesey's dog. I was provided with a patient chart pertaining to the dog. See attached. I was informed by staff of the animal clinic the bullet was fragmented to badly to remove from the dogs hip area.

Nothing further at this time.

| Signed: Chief Deputy J. Eudaley #CC2 | Reviewed: Chief Deputy J. Eudaley #CC2 |
|---|---|

 

**Carter County Sheriff's Department**
P.O. Box 817
Van Buren, MO 63965
Phone # (573)323-4510 ~ Fax # (573)3234182

Statement of Donna Roper  Age 28
Address RR 8 Box 8834 Doniphan, MO 63935  Date of Birth 12-9-90
Taken at _____ SSN: _____
Statement Started at(time) _____ Completed at _____ Date 2-22-19
Phone Number (573) 440-3428

Was leaving my fathers house (Jeffery Walberg) when we seen 3 dogs in the road fighting. I pointed out to my husband (Charles Roper) that the dog lying on the ground was my fathers. We stepped out of the vehicle to try and break them apart. My husband fired a warning shot at the ground and one dog left. The other dog didn't move so I went to them to try and break them up. The dog came towards me and my husband fired another shot at dog.

This Statement is True and Accurate to the best of my knowledge therefore by signing my Name I take full responsibility thereof:

Donna Roper
Signature of person making statement

Page 1 of 1 Pages

_____
Deputy taking Statement

_____
Sheriff / Chief Deputy

 

**Carter County Sheriff's Department**
P.O. Box 817
Van Buren, MO 63965
Phone # (573)323-4510 ~ Fax # (573)3234182

Statement of _Charles Roper_ Age _34_
Address _RR8 Box 8834 Van Phan MO_ Date of Birth _6-19-84_
Taken at _Carter County Sheriff's Dept._ SSN: _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_
Statement Started at(time) _1507_ Completed at _1512_ Date _2-22-19_
Phone Number (573) _660-3533_

I Charles Roper was traveling on Dale St. in Van Buren when I approached Indipendence St I noticed 2 dogs attacking 1 other dog. That I identified as my father-in-law's dog. I got out of the vehicle and yelled at the dogs to get off of him, the dogs did not obey. I drew my weapon and fired 1 round into the ground. 1 dog ran off, the other continued to maul my father-in-law's dog. My wife walked around me and went to pull the dog off. As she approached the dog the dog released the dog and came at her I fired 1 shot into the dog and it fell over. I feared for my wife's saftey. The dog owner came out of his residence, I called the police. Then tried to explain what happened to the owner. They became distraught so I backed away and waited for law enforcement.

CR
CR  CR
CR

This Statement is True and Accurate to the best of my knowledge therefore by signing my Name, I take full responsibility thereof:

_Charles Roper_
Signature of person making statement     Page _1_ of _1_ Pages

_____          _____
Deputy taking Statement          Sheriff / Chief Deputy

City,0015

EXHIBIT H