190087 - Carter County Sheriff's Office

## Incident Narratives

**Original Narrative**

Author: Chief Deputy J. Eudaley #CC2
Date Created: 04/22/2019 1413 Hrs
Supp #: 0

On 2/22/19, at approximately 1355 hours, I was dispatched to the intersection of Dale and Independence Streets Van Buren, Mo in reference to a shot dog. I was contacted by Van Buren Police Chief Alonzo Bradwell, DSN VB 1, and he requested I investigate this incident due to one of his officer's being involved.

I arrived and met with Van Buren Police Department Officer Robert Dyer, DSN VB 8, and he informed me off deputy Police Officer Charles Roper had shot and killed a neighbors dog.

I observed a white and brown dog laying near a trailer. I was informed by Officer Dyer the dog's owner had moved it out of the side of the roadway. I photographed where the was laying and where I was informed it was laying after it was shot. I observed two (2) shell casing and a live round laying in the roadway. Shell casings and live round was photographed and collected as evidence. See attached photographs. All evidence collected was secured in the rear of my patrol vehicle.

Officer Dyer provided me with the firearm Mr. Roper had used to shoot the dog. I secured it int he rear of my patrol vehicle.

I responded and spoke with Mr. Robin Mesey, DOB 11/01/78, and Ms. Jennifer Mesey, DOB 10/5/82. Mr. Mesey stated he was sleeping and heard two (2) gun shots, looked outside and observed Mr. Roper with his pistol out, and his wife's dog dead in the street. See attached written statement.

Ms. Mesey stated Mr. Roper shot her dog and he (Mr. Roper) even stated he did. See attached written statement.

I departed and responded to the end of Dale St where Mr. Roper was and I asked if he would meet me at the Carter County Sheriff's Office and speak with me. Mr. Roper stated he would.

I met with Mr. Roper at the Carter County Sheriff's Office. At approximately 1459 hours, I advised Mr. Roper of his Rights per Miranda, he stated he understood his rights, signed the waiver form, and agreed to speak with me. I asked Mr. Roper what happened and he stated he and his wife Ms. Donna Roper, DOB 12/9/80, were traveling down Dale St. when he observed two (2) dogs attacking another dog. Mr. Roper stated he identified the dog being attacked as his father-in-law's dog. Mr. Roper stated he got out of his vehicle and yelled at the dogs to get off the other dog and the dogs did not obey. Mr. Roper stated he drew his weapon and fired one (1) round into the ground. Mr. Roper stated one (1) dog ran off but the other dog continued to maul his father-in-law's dog. Mr. Roper stated Ms. Roper walked around him and went to pull the dog off her father's dog, when she approached the dog the dog came at her. Mr. Roper stated he fired a shot into the dog and it fell over. Mr. Roper stated he was in fear for Ms. Roper's safety. Mr. Roper stated the owner of the dog came outside. Mr. Roper stated he contacted the Police and attempted to explain to the dog owner what had occurred. Mr. Roper stated the owner became distraught, so he backed off and waited for the police to arrive. See attached written statement.

I spoke with Ms. Roper and she stated she and Mr. Roper were leaving her father's residence, Mr. Jeffery Walberg, DOB unknown, when she seen three (3) dogs fighting in the road. Ms. Roper stated she pointed out to Mr. Roper the dog laying on the ground was her father's dog. Ms. Roper stated they stepped out of their vehicle to try and break them apart. Ms. Roper stated Mr. Roper fired one (1) shot into the ground and one (1) dog ran off. Ms. Roper stated the other dog did not move so she went to break them apart when the dog came towards her so Mr. Roper shot the dog.





EXHIBIT K

CCSO 026



EXHIBIT K                                                   CCSO 027

