

Your Missouri Courts .net

Search for Cases by: Select Search Method...

Judicial Links | eFiling | Help | Contact Us | Print       GrantedPublicAccess  Logoff PORTIAKAYSER

**10AK-MU00012 - CITY OF VAN BUREN V JENNIFER HUFFMAN (E-CASE)**

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

This information is provided as a service and is not considered an official court record.

**Click here to QuickFile on behalf of the Selected Party.**

○ **MESEY , JENNIFER SUE ,**
**Defendant**

HCR 1 BOX 442
VAN BUREN, MO 63965

**Year of Birth:** 1982

### ADDITIONAL ATTORNEYS

**KIME , CHRISTINA L. , Municipal Prosecuting Attorney**

119 S MAIN ST
PO BOX 337
PIEDMONT, MO 63957

Click here to receive MOVANS phone/e-mail notices of future hearings on this case

Case.net Version 5.14.0:17        Return to Top of Page        Released 11/25/2019

EXHIBIT
JM 3
Erica White, CCR
8/19/20
Alpha Reporting & Video

EXHIBIT M



Judicial Links | eFiling | Help | Contact Us | Print      GrantedPublicAccess  Logoff PORTIAKAYSER

**10AK-MU00012 - CITY OF VAN BUREN V JENNIFER HUFFMAN (E-CASE)**

Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution

This information is provided as a service and is not considered an official court record.

### Charge/Judgment

**Description:** Animal At Large { Ordinance RSMo: Not Available }

**Date:** 02/03/2010   **Code:** 9035000   **Disposition:** Guilty Plea - 05/17/2010

**Ticket Number:** 092261761   **Arresting Agency:** VAN BUREN PD

### Sentence

**Sentence:** Fine
**Sentence Date:** 05/17/2010   **Start Date:** 05/17/2010   **Fine:** $167.50

Click here to receive MOVANS phone/e-mail notices of future hearings on this case

Case.net Version 5.14.0.17      Return to Top of Page      Released 11/25/2019

EXHIBIT M