

**Your Missouri Courts** .net

Search for Cases by:  Select Search Method... ▾

Judicial Links  |  eFiling  |  Help  |  Contact Us  |  Print          GrantedPublicAccess  Logoff PORTIAKAYSER

## 11AK-MU00010 - CITY OF VAN BUREN V JENNIFER S HUFFMAN (E-CASE)

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |
|---|---|---|---|---|---|---|---|---|

This information is provided as a service and is not considered an official court record.

**Click here to QuickFile on behalf of the Selected Party.**

◯ **MESEY , JENNIFER SUE ,**
**Defendant**

HCR 1 BOX 442
VAN BUREN, MO 63965

**Year of Birth:** 1982

### ADDITIONAL ATTORNEYS

**KIME , CHRISTINA L. , Municipal Prosecuting Attorney**
119 S MAIN ST
PO BOX 337
PIEDMONT, MO 63957

Click here to receive MOVANS phone/e-mail notices of future hearings on this case

Case.net Version 5.14.0.17          Return to Top of Page          Released 11/25/2019

EXHIBIT
JM 2
Erica White, CCR
8/19/00
Alpha Reporting & Video

EXHIBIT N



Search for Cases by:  Select Search Method...  ⌄

**.net**

Judicial Links   |   eFiling   |   Help   |   Contact Us   |   Print          GrantedPublicAccess  Logoff PORTIAKAYSER

## 11AK-MU00010 - CITY OF VAN BUREN V JENNIFER S HUFFMAN (E-CASE)

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |
|---|---|---|---|---|---|---|---|---|

This information is provided as a service and is not considered an official court record.

### Charge/Judgment

**Description:** Animal At Large *{ Ordinance RSMo: Not Available }*

| | | |
|---|---|---|
| **Date:** 03/09/2011 | **Code:** 9035000 | **Disposition:** *Guilty Plea* - 04/20/2011 |
| | **Ticket Number:** 092262397 | **Arresting Agency:** VAN BUREN PD |

### Sentence

**Sentence:** Fine

**Sentence Date:** 04/20/2011          **Start Date:** 04/20/2011          **Fine:** $100.00

Click here to receive MOVANS phone/e-mail notices of future hearings on this case

Case.net Version 5.14.0.17                    Return to Top of Page                    Released 11/25/2019

EXHIBIT N