# Van Buren Police Department
# City of Van Buren Police Department

P. O. Box 40, Van Buren, MO 63965

## Offense / Incident Report

| Report Date | Type of Incident | Complaint No. | Case Status |
|---|---|---|---|
| 06/01/2019 1801 | CALL FOR SERVICE/DOG BITE | 19-216 | |

**Occurred on** 06/01/2019 1715   to

### Incident Location

| Street Address | | City | State | Zip Code |
|---|---|---|---|---|
| Sector | Precinct | Geo | Ward | Latitude | Primary Location |
| Neighborhood | | Jurisdiction | | Longitude | Secondary Location |

### Dispatch Information

| Received Date / Time | Call Received Via | Dispatched Date / Time | Call Dispatched As | | |
|---|---|---|---|---|---|
| Arrived Date / Time | Departed Date / Time | Offense Category | TTY Ref# | | TeleType Operator |

### Officers

| ID | Name | Role | Primary | Arrived Scene | Departed Scene |
|---|---|---|---|---|---|
| VB3 | Cody Hastings | REPORTING | ✓ | | |

### Offenses

Charge                                    State Statute   State Charge Code    Category
   Cause Number    Local Code   Jurisdiction        Type/Class

**CALL FOR SERVICE/DOG BITE**

### Modus Operandi

| Possible/Probable Motivation | Offender Suspected of Using | Chemical / Incendiary Agent | Special Skills | Weather Conditions |
|---|---|---|---|---|
| Point of Entry | Method of Entry | Characteristics of Entry | Malicious Mischief Events | |

### Reporting Party / Complainant

| Name (Last, First Middle Suffix) | Race | Sex | DOB | Age | Juvenile | SSN | Moniker |
|---|---|---|---|---|---|---|---|
| SMITH, BRANDON RICK | WHITE | M | 05/13/1991 | 28 | N | | |

### Addresses

| Type | Street Address | City | State | Zip Code | Country |
|---|---|---|---|---|---|
| | 1506 DALE STREET | VAN BUREN | MO | 63965 | USA |

### Phone Numbers / Email Addresses

| Type | Phone | Ext/PIN | Type | Email Address |
|---|---|---|---|---|

| Drivers License | Type | State | Expires | Restrictions | Marital Status | Resident Status | Ethnicity | Language |
|---|---|---|---|---|---|---|---|---|

| Reporting Officer | VB3 | Cody Hastings | Approving Officer (Cover Pages Only) |
|---|---|---|---|

Page  1  of  2                     Printed  06/03/2019 0903

© 1994 - 2019 Omnigo Software St. Louis MO omnigo.com

City,0046

**EXHIBIT O**

# Van Buren Police Department
# City of Van Buren Police Department

P. O. Box 40, Van Buren, MO 63965

## Offense / Incident Report

| Report Date | Type of Incident | Complaint No. | Case Status |
|---|---|---|---|
| 06/01/2019 1801 | CALL FOR SERVICE/DOG BITE | 19-216 | |

Statement / Notes:

**Offense Narrative**

On 6-1-2019 at approximately 1715, I was dispatched to 1506 Dale Street in reference to a dog bite. I arrived at the residence, where I made contact with the victim, Brandon Smith. Brandon stated to me that he was riding on his motorcycle, and that his neighbor's dog ran towards him and bit his pants. Brandon stated to me that the dog did not actually make contact with his skin and that the dog only bit his clothing. I asked Brandon to describe the dog. Brandon stated that the dog was small and brown, and looked like a "wiener dog." I asked Brandon which neighbor owned the dog. Brandon stated that it was the blue house on the corner of Dale Street. Brandon asked me what he could legally do if being attacked by an animal in the future. I advised Brandon that he had the right to defend himself from an animal that was attacking him

I left Brandon's residence and went to his neighbor's residence that was supposed to be the owners of the dog. The address of this residence is 1512 Dale Street. Upon my arrival at this residence I saw a dog in the yard, running freely, not on a leash or enclosed in a fence. The dog matched the description of the one that Brandon had given me earlier. I knocked on the door and made contact with a woman whom I later identified as Jennifer Mesey. I asked Jennifer if the dog was hers. Jennifer stated to me that it was. I informed her that her dog had bitten her neighbor. Jennifer stated to me that her neighbor is always revving up his motorcycle and that it agitates and provokes the dog. I informed Jennifer that if the dog was on a leash or enclosed in a fenced up area, the dog would be unable to attack her neighbor on the motorcycle. I then proceeded to issue Jennifer a citation for not having her dog on a leash or enclosed in a fence. I have nothing further at this time.

| Reporting Officer | VB3 Cody Hastings | Approving Officer (Cover Pages Only) |
|---|---|---|

Page 2 of 2         Printed   06/03/2019 0903

© 1994 - 2019 Omnigo Software St. Louis MO  omnigo.com

City,0047

**EXHIBIT O**