UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| ROBIN MESEY AND JENNIFER MESEY, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CITY OF VAN BUREN, MISSOURI, ) <br> ALONZO BRADWELL, in his official ) <br> Capacity as Chief of Police, and CHARLES ) <br> ROPER, ) <br> ) <br> Defendants. ) | 1:19-cv-00071 |

## **MEMORANDUM**

COMES NOW Defendant Charles Roper, by counsel, and hereby advise the Court that a thumb drive containing the video files which are referenced as Exhibits E, I, and R in Defendant's Motion for Summary Judgment is being sent via Federal Express overnight delivery this 4th day of December, 2020.

Date: December 4, 2020                **Respectfully submitted**,

FISHER PATTERSON SAYLER & SMITH, L.L.P.

*/s/ Portia C. Kayser*
Portia C. Kayser, #63527MO
1010 Market Street, Suite 1650
St. Louis, MO 63101
Telephone and Fax: (314) 561-3675
pkayser@fpsslaw.com

*Attorneys for Defendant Charles Roper*

## Certificate of Service

      The undersigned hereby certifies that a true and correct copy of the foregoing document was filed via the Court's electronic filing system this 4th day of December, 2020, and will be served on the following via same:

James W. Schottel, Jr.
Schottel & Associates, PC
906 Olive St., PH
St. Louis, MO 63101
jwsj@schotteljustice.com

*Attorneys for Plaintiff*

Patricia A. Keck
Damon Phillips
Ty Z. Harden
Keck and Austin, LLC
3140 E. Division
Springfield, MO 65802
pat@kpwlawfirm.com
ty@kpwlawfirm.com

*Attorneys for Defendants City of Van Buren, Missouri and Alonzo Bradwell*

                                          */s/ Portia C. Kayser*