**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

Plaintiffs'
Exhibit 1

| | | |
|---|---|---|
| JEFFERY JUST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:18-CV-424 NAB |
| | ) | |
| CITY OF ST. LOUIS, MISSOURI, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S STATEMENT OF FACTS**
**IN WHICH A GENUINE ISSUE EXISTS**
**AND PLAINTIFF'S ADDITIONAL UNDISPUTED MATERIAL FACTS**

COMES NOW Plaintiff Jeffery Just ("Plaintiff"), pursuant to Rule 56 of the Federal Rules

of Civil Procedure and E.D.Mo. L.R. 4.01(E), sets forth the following Statement of Facts in Which

a Genuine Issue Exists with relation to the claims of this case and Plaintiff's Additional Undisputed

Material Facts in Support of Plaintiff's request for this Court to deny Defendant Nellie Kuykendall

("Defendant Kuykendall") and Defendant Eric Henry's ("Defendant Henry") (collectively the

"Defendants") Motion for Summary Judgment:

**PLAINTIFF'S RESPONSES TO**
**DEFENDANTS' STATEMENT OF FACTS**

1. Plaintiff denies the allegation of material fact in Paragraph 1 that the incident took

place "On July 17, 2017..." and that Motomart "sits at the intersection of Dunn Road and Riverside

Drive, just north of I-270."

Plaintiff admits the allegation of material fact in Paragraph 1 that "Mr. Just's truck had

run out of gas on July 7, 2017 near a Motomart that sits at the intersection of Dunn Road." (*See*

Defendants' Statement of Facts No. 1).

As this Honorable Court is aware, the undersigned suffers from a disability and has limited use of his hands and fingers; limited fine motor skills, particularly affecting counsel's ability to type. The undersigned has made significant progress on Plaintiffs' responses to Defendants' respective motions for summary judgment and will be able to file those responsive filings if this Honorable Court grants Plaintiffs' Third Motion for Extension of Time to file Responses to Defendants City of Van Buren, Missouri and Alonzo Bradwell's Motion for Summary Judgment and Defendant Charles Roper's Motion for Summary Judgment.

As to Plaintiffs' responsive filing, the undersigned responds to each fact identified by the Defendants by paragraph number and Plaintiffs include a section of Plaintiffs' Additional Undisputed Material Facts in Support of Plaintiff's request for this Court to deny Defendants' Motion for Summary Judgment. (*See Exhibit 1 attached hereto as a sample response*).

WHEREFORE, for the foregoing reasons, Plaintiffs respectfully request this Honorable Court to grant their Third Motion for Extension of Time to file Responses to Defendants City of Van Buren, Missouri and Alonzo Bradwell's Motion for Summary Judgment and Defendant Charles Roper's Motion for Summary Judgment and for such other and further relief as this Court deems just and proper under the circumstances.

Respectfully submitted,

SCHOTTEL & ASSOCIATES, P.C.

BY: s/*James W. Schottel, Jr.*
  James W. Schottel, Jr.   #51285MO
  906 Olive St., PH
  St. Louis, MO 63101
  (314) 421-0350
  (314) 421-4060 facsimile
  jwsj@schotteljustice.com

  Attorney for Plaintiffs
  Robin Mesey
  Jennifer Mesey

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2021 the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

  Damon S. Phillips
  damon@kpwlawfirm.com

  Ty Z. Harden
  ty@kpwlawfirm.com

  Attorneys for Defendants
  City of Van Buren, Missouri
  Chief Alonzo Bradwell

  Portia C. Kayser
  pkayser@fpsslaw.com

  Attorney for Defendant
  Charles Roper

  s/*James W. Schottel, Jr.*