**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | |
|---|---|
| ROBIN MESEY and JENNIFER MESEY, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>CITY OF VAN BUREN, MISSOURI, et al., )<br>)<br>Defendants. ) | Case No. 1:19-CV-71 SNLJ |

**PLAINTIFFS' MEMORANDUM REGARDING**
**THIRD MOTION FOR EXTENSION OF TIME TO FILE**
**RESPONSES TO DEFENDANTS CITY OF VAN BUREN, MISSOURI AND**
**ALONZO BRADWELL'S MOTION FOR SUMMARY JUDGMENT**
**AND**
**DEFENDANT CHARLES ROPER'S**
**MOTION FOR SUMMARY JUDGMENT**
**AND MODIFICATION OF RELIEF REQUESTED**

COMES NOW Plaintiffs Robin Mesey and Jennifer Mesey (collectively the "Plaintiffs"), by and through their attorney, and submits the following memorandum modifying Plaintiffs' requests:

Today, the Western District of Missouri Court of Appeals in *Tausha Fields vs. State of Missouri*, *Appeal No. WD83230* granted the undersigned's request for extension of time to file his client's reply brief by Tuesday, March 2, 2021.

In Plaintiffs' Third Motion, Plaintiffs sought an extension to March 9, 2021. Today, counsel has noticed some improvement in the physical health of counsel's arms and improvement in his ability to type. Lastly, the St. Louis City Streets Department accommodated my requests and removed snow from certain corner curb-cuts making a wheelchair-accessible path from the undersigned's home to the undersigned's office. The undersigned will be able to return to work at his office tomorrow, February 19, 2021. In light of the foregoing and the matters set forth in

Plaintiffs' Third Motion for Extension to File Responses to Defendants City of Van Buren, Missouri and Chief Alonzo Bradwell's Motion for Summary Judgment and Third Motion for Extension to File Response to Defendant Charles Roper's Motion for Summary Judgment

Plaintiffs' respectfully asks this Honorable Court to grant this one final extension to **Monday, March 1, 2021** for Plaintiffs to file their Responses to Defendants City of Van Buren, Missouri and Chief Alonzo Bradwell's Motion for Summary Judgment and Defendant Charles Roper's Motion for Summary Judgment.

.

        Respectfully submitted,

        SCHOTTEL & ASSOCIATES, P.C.

BY: s/*James W. Schottel, Jr.*
        James W. Schottel, Jr.   #51285MO
        906 Olive St., PH
        St. Louis, MO 63101
        (314) 421-0350
        (314) 421-4060 facsimile
        jwsj@schotteljustice.com

        Attorney for Plaintiffs
        Robin Mesey
        Jennifer Mesey

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 18, 2021 the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

                Damon S. Phillips
                damon@kpwlawfirm.com

                Ty Z. Harden
                ty@kpwlawfirm.com

                Attorneys for Defendants
                City of Van Buren, Missouri
                Chief Alonzo Bradwell

                Portia C. Kayser
                pkayser@fpsslaw.com

                Attorney for Defendant
                Charles Roper

                s/*James W. Schottel, Jr.*