**Carter County Sheriff's Department**
P.O. Box 817
Van Buren, MO 63965
Phone # (573)323-4510 ~ Fax # (573)3234182

Statement of **Charles Roper**   Age **34**
Address **RR 8 Box 8834 Voniphan MO**   Date of Birth **6-19-84**
Taken at **Carter County Sheriff's Dept.**   SSN: **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**
Statement Started at(time) **1507**   Completed at **1512**   Date **2-22-19**
Phone Number (573) **660-3533**

I Charles Roper was traveling on Dale St. in Van Buren. When I approached Indipendence st I noticed 2 dogs attacking 1 other dog. That I identified as my father-in-law's dog. I got out of the vehicle and yelled at the dogs to get off of him, the dogs did not obey. I drew my weapon and fired 1 round into the ground. 1 dog ran off, the other continued to maul my father-in-law's dog. My wife walked around me and went to pull the dog off. As she approached the dog, the dog released the dog and came at her. I fired 1 shot into the dog and it fell over. I feared for my wife's saftey. The dog owner came out of his residence. I called the police. Then tried to explain what happened to the owner. They became distraught so I backed away and waited for law enforcement.

CR
CR  X  CR
CR

This Statement is True and Accurate to the best of my knowledge therefore by signing my Name, I take full responsibility thereof:

**Charles Roper**
Signature of person making statement          Page **1** of **1** Pages

_____          _____
Deputy taking Statement          Sheriff / Chief Deputy

**PLAINTIFF'S EXHIBIT 1**

City,0015