

Carter County Sheriff's Department
P.O. Box 817
Van Buren, MO 63965
Phone # (573)323-4510 ~ Fax # (573)3234182

Statement of Donna Roper   Age 28
Address RR 8 Box 8834 Doniphan mo 63935   Date of Birth 12-9-90
Taken at _____   SSN: _____
Statement Started at(time) _____   Completed at _____   Date 2-22-19
Phone Number (573) 440-3428

Was leaving my fathers house (Jeffery Walberg) when we seen 3 dogs in the road fighting. I pointed out to my husband (Charles Roper) that the dog lying on the ground was my fathers. We stepped out of the vehicle to try and break them apart. My husband fired a warning shot at the ground and one dog left. The other dog didn't move so I went to them to try and break them up. The dog came towards me and my husband fired another shot at dog.

This Statement is True and Accurate to the best of my knowledge therefore by signing my Name I take full responsibility thereof:

Donna Roper
Signature of person making statement

Page 1 of 1 Pages

_____
Deputy taking Statement

_____
Sheriff / Chief Deputy

**PLAINTIFF'S EXHIBIT 2**