

PLAINTIFF'S EXHIBIT 4

## CHAPTER 205: ANIMAL REGULATIONS

### SECTION 205.010: DEFINITIONS

The following words, when used in this Chapter, shall have the meanings set out herein:

*DOGS OR CATS:* All animals of the canine or feline species, both male and female.

*OWNER OR KEEPER:* Any person having a right of property in a dog or cat, or who keeps or harbors a dog or cat, or who has it in his/her care or acts as its custodian, or who knowingly permits a dog or cat to remain on or about any premises owned or occupied by him/her.

*RUNNING AT LARGE:* Allowing a dog or cat to be off the private premises of the owner or keeper, or his/her agent or servant, and not on a leash or confined to the arms, motor vehicle, trailer or other conveyance of the owner or keeper, his/her agent or servant.

*SERIOUS PHYSICAL INJURY:* Physical injury that creates a substantial risk of death or that causes serious disfigurement or protracted loss or impairment of the function of any part of the body.

*TRESPASSER:* A person upon the premises of the owner or keeper of the dog in question without license or privilege to be upon said premises.

*UNRESTRAINED DOG:* Any dog running at large or a dog on the premises of its owner or keeper but not confined to said premises by a leash, fence, structure or other means that would prevent the dog from leaving such premises.

*VICIOUS DOG:* Any of the following dogs:

1. Any dog, whether or not running at large and whether or not unrestrained, that without provocation has bitten any person not a trespasser causing serious physical injury to that person.

2. Any unrestrained dog, whether or not running at large, that without provocation has attempted to bite any person not a trespasser which would cause serious physical injury to that person.

3. Any unrestrained dog, whether or not running at large, that without provocation has placed any person not a trespasser in apprehension of immediate serious physical injury.

4. Any dog that has killed another dog, cat or other domestic animal without provocation.

5. Pit bull dogs.

### SECTION 205.020: VACCINATION AND TAG

The owner or keeper of any dog or cat in the City of Van Buren is hereby required to have such animals vaccinated against rabies by a licensed veterinarian and to procure a certificate of such vaccination tag from the veterinarian and the owner or keeper shall securely attach the tag so issued

to a collar to be worn continuously by the animal for which the tag was issued. It shall be unlawful for the owner or keeper of any dog or cat to permit such animal to remain in the City of Van Buren unless wearing the tag above provided for herein.

### SECTION 205.030: RUNNING AT LARGE PROHIBITED--IMPOUNDMENT

It shall be unlawful for the owner or keeper of any dog or cat to permit the same to run at large within the City of Van Buren at any time. Any dog or cat found without the tag provided in Section 205.020, and any dog or cat found running at large, shall be impounded.

### SECTION 205.035: RESPONSIBILITY OF PARENT OR GUARDIAN OF MINOR OWNING

The parent or guardian of a minor child is responsible for the adequate care of any animal owned by, in the control of, or harbored by that minor child.

### SECTION 205.040: VICIOUS DOGS PROHIBITED--EXCEPTIONS

It shall be unlawful to own, keep or harbor a vicious dog in the City of Van Buren except in accordance with the following provisions:

1. *Leash and muzzle.* No person shall permit a vicious dog to go outside its kennel or pen unless such dog is securely leashed with a leash no longer than four (4) feet in length. No person shall permit a vicious dog to be kept on a chain, rope or other type of leash outside its kennel or pen unless a person is in physical control of the leash. Such dogs may not be leashed to inanimate objects such as trees, posts or buildings. In addition, all vicious dogs on a leash outside its kennel or pen must be muzzled by a muzzling device sufficient to prevent such dog from biting persons or other animals.

2. *Confinement.* All vicious dogs shall be securely confined indoors or in a securely enclosed and locked pen or kennel, except when leashed and muzzled as above provided. Such pen, kennel or structure must have secure sides and a secure top attached to the sides. All structures used to confine vicious dogs must be locked with a key or combination lock when such dogs are within the structure. Said structure must have a secure bottom or floor attached to the sides of the pen or the sides of the pen must be imbedded in the ground no less than two (2) feet. Also, such structures must be adequately lighted and ventilated and kept in a clean and sanitary condition.

3. *Confinement indoors.* No vicious dog may be kept on a porch, patio or any part of a house or structure that would allow the dog to exit such building on its own volition. In addition, no such animal may be kept in a house or structure when the windows are open or when screen windows or screen doors are the only obstacle preventing the dog from exiting the structure.

4. *Signs.* All owners, keepers or harborers of vicious dogs within the City shall display in a prominent place on their premises a sign easily readable by the public using the words "*Beware of Dog*". In addition, a similar sign is required to be posted on the kennel or pen of such dog.

### SECTION 205.050: NOTICE OF IMPOUNDMENT

Every officer impounding a dog or cat under this Chapter shall, within twenty-four (24) hours after such impounding, enter upon a registry open to the public and in plain public view at the City Hall of the City a description of such dog or cat, including breed, color and approximate size, and the date apprehended, and if the owner or keeper is known, the name and address of such owner or keeper; or the owner or keeper shall be given actual notice of the impoundment of such dog or cat before disposition of such dog or cat.

### SECTION 205.060: REIMBURSEMENT OF COSTS

The owner or keeper of any dog or cat impounded under this Chapter shall pay to the Chief of Police, Police Officer, or other official especially designated to receive the same a sum sufficient to reimburse the City for its costs in impounding such dog or cat and keeping it impounded.

### SECTION 205.070: IMPOUNDMENT FEES

The owner of such impounded dogs, upon the payment of a redemption fee of five dollars ($5.00) and the sum of two dollars ($2.00) per day for care and feeding, may redeem such impounded dog. Upon a second (2nd) offense, the owner shall pay a redemption fee of ten dollars ($10.00) plus two dollars ($2.00) per day for care and feeding. Upon a third (3rd) offense, the owner shall pay a redemption fee of fifteen dollars ($15.00) plus two dollars ($2.00) per day for care and feeding. Upon a fourth (4th) or subsequent offense, the owner of such dog shall be deemed guilty of a misdemeanor punishable by a fine not to exceed twenty-five dollars ($25.00) plus court costs or by imprisonment in the County Jail not to exceed thirty (30) days, or by both such fine and imprisonment. (Ord. No. 246 §5, 7-5-78)

### SECTION 205.080: TERM OF IMPOUNDMENT

It shall be the duty of any officer impounding any dog or cat under this Chapter to keep the same impounded for a period of seven (7) days, unless such dog or cat shall be reclaimed by his/her owner or keeper under Section 205.060 of this Chapter. If, after the expiration of seven (7) days from the date of such impoundment, such dog or cat shall not have been reclaimed, the same shall be disposed of or destroyed in a humane manner.

### SECTION 205.090: ANIMAL NEGLECT OR ABANDONMENT

A. A person is guilty of animal neglect when he/she has custody or ownership or both of an animal and fails to provide adequate care or adequate control which results in substantial harm to the animal.

B. A person is guilty of animal abandonment when he/she has knowingly abandoned an animal in any place without making provisions for its adequate care.

C. Animal neglect or animal abandonment are ordinance violations. For a first (1st) offense of either violation, a term of imprisonment not to exceed fifteen (15) days, or a fine not to exceed five hundred dollars ($500.00), or both such fine and imprisonment may be imposed. For a second (2nd)

§ 205.090          Van Buren City Code          § 205.110

or subsequent violation of either offense, a term of imprisonment not to exceed ninety (90) days, or a fine not to exceed five hundred dollars ($500.00), or both such fine and imprisonment may be imposed. All fines and penalties for a first (1st) conviction of animal neglect or animal abandonment may be waived by the court provided that the person found guilty of animal neglect or abandonment shows that adequate, permanent remedies for the neglect or abandonment have been made. Reasonable costs incurred for the care and maintenance of neglected or abandoned animals may not be waived.

D. In addition to any other penalty imposed by this Section, the court may order a person found guilty of animal neglect or animal abandonment to pay all reasonable costs and expenses necessary for:

1. The care and maintenance of neglected or abandoned animals within the person's custody or ownership;

2. The disposal of any dead or diseased animals within the person's custody or ownership;

3. The reduction of resulting organic debris affecting the immediate area of the neglect or abandonment; and

4. The avoidance or minimization of any public health risks created by the neglect or abandonment of the animals.

**SECTION 205.100: ANIMAL ABUSE**

A person is guilty of animal abuse when a person:

1. Intentionally or purposely kills an animal in any manner not allowed by or expressly exempted from the provisions of Sections 578.005 to 578.023 and 273.030, RSMo.;

2. Purposely or intentionally causes injury or suffering to an animal; or

3. Having ownership or custody of an animal knowingly fails to provide adequate care or adequate control.

*Note—Under certain circumstances this offense can be a felony under state law.*

**SECTION 205.110: KNOWINGLY RELEASING AN ANIMAL**

A. A person commits the offense of knowingly releasing an animal if that person, acting without the consent of the owner or custodian of an animal, intentionally releases any animal that is lawfully confined for the purpose of companionship or protection of persons or property or for recreation, exhibition or educational purposes.

B. As used in this Section, *"animal"* means every living creature, domesticated or wild, but not including Homo sapiens.

C. The provisions of this Section shall not apply to a public servant acting in the course of such servant's official duties.

### SECTION 205.120: QUARANTINE ORDER TO BE ISSUED BY MAYOR–TO BE PUBLISHED AND POSTED

Whenever rabies becomes prevalent in the City, the Mayor shall, according to the necessity of the case, issue a quarantine order, requiring every owner or person in charge of any dog or dogs within the limits of the City, to either kill or impound his/her dog or dogs, or to have such dog or dogs immunized. Said order shall be published once in the paper officially publishing the business of the City; and in the absence of such paper, shall be posted as in case of sales of personal property. The Mayor is authorized by proclamation to terminate any such quarantine whenever, in his/her judgment, the necessity for it no longer exists.

### SECTION 205.130: DANGEROUS WILD ANIMALS PROHIBITED

No person may keep any lion, tiger, leopard, ocelot, jaguar, cheetah, margay, mountain lion, Canada lynx, bobcat, jaguarundi, hyena, wolf, bear, non-human primate, coyote, any deadly, dangerous or poisonous reptile, or any deadly or dangerous reptile over eight (8) feet long in any place other than a properly maintained zoological park, circus, scientific or educational institution, research laboratory, veterinary hospital, or animal refuge.

### SECTION 205.140: DOGS NOT ALLOWED TO DISTURB PERSONS OR PROPERTY

A. It shall be unlawful for any person to allow his/her dog to disturb other persons or property.

B. Any person who violates this Section may be punished as set out in Section 100.220 of this Code. (Ord. No. 273 §6-140, 1-14-86)