**PLAINTIFF'S EXHIBIT 6**

STATE OF MISSOURI}
                           SS. Charles Roper
COUNTY OF CARTER

PROBABLE CAUSE STATEMENT

A. I, Justin Dalton Eudaley, upon my oath state as follows:

1. I am a Deputy with the Carter County Sheriff's Office.

2. I have probable cause stating that on or about 2/22/19 Charles Roper DOB 06/19/84 SSN 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 of PO Box RR 8 Box 834 Doniphan, Mo 63935

B. Committed the following offense(s):
   Property Damage 2nd degree RSMO: 569.120

C. The probable cause is as follows:

   On 2/22/19, at approximately 1355 hours, I was dispatched to the intersection of Dale and Independence St Van Buren, Mo, in reference to a dog being shot.

   I was informed by Van Buren Police Officer Robert Dyer, DSN VB8, Mr. Roper had shot and killed one (1) dog and had fired a warning shot and one (1) of the dogs had ran off.

   On 2/23/19, at approximately 2010 hours, I was notified by Carter County Sheriff Richard Stephens he was contacted by Mr. Robin Mesey, DOB 11/1/78, and was informed his (Mr. Mesey) other dog had a bullet hole in it.

   Mr. Mesey took his dog to the vet, at the Mountain View Animal Clinic, and a bullet was located inside the dog by its shoulder. The vet bill was estimated at $650.21.

   It should be noted there was no other incident with dogs being shot at after this incident.

   Mr. Roper informed me he shot one (1) dog dead and fired (1) warning shot.

D. "I knowing that false statements on this form are punishable by law, hereby affirm that the above information is true and accurate to the best of my knowledge, information and belief."

E. (For Misdemeanor Warrants only) I believe the defendant would not appear in court in response to criminal summons and that the defendant poses a danger to the victims, the community, or another person for the following reasons:}

_____  _5/8/19 / 1000 hrs_____
Deputy Justin D. Eudaley                Date/Time

City,0005

2345-1902



## Carter County Sheriff's Office
Calls For Service View Call Report
101 Hwy W Van Buren, MO 63965
Phone: (573) 323 - 4510 Fax: (573) 323 - 4182

| Call # | Dispatcher | Received | Call Time | Caller Name |
|---|---|---|---|---|
| 2345-1902 | One, Dispatch | Non Emergency | 02/22/2019 13:44 Hrs | CHARLES ROPER |

| Phone # | Event Type | Priority | Close Time | Disposition |
|---|---|---|---|---|
| (573) - 660 - 3533 | Animal Call | Low | 02/22/2019 18:00 Hrs | Clear Report Taken |

### Location

| Incident Location | Latitude | Longitude | Common Place |
|---|---|---|---|
| DALE ST AND INDEPENDENCE VAN BUREN,MO | 37.008244 | -91.013637 | |

Caller Location

### Incident Notes

**Notes**

GS CHARLES NEEDS VB8 TO THE CORNER OF DALE AND INDEPENDENCE, HE JUST SHOT A DOG. CALLED VB8
GS 1347 VB8 10-23
DM 1403 CC2 CC I'M OUT WITH VB8 ON DALE ST
GS 1422 10-21 VB8 10-8 WE OWN THIS CALL NOW. THE DOGS WERE FIGHTING IN THE STREET AND CHARLES SHOT ONE.
GS 1428 VB8 IN THE OFFICE HAD US LOG THAT HE ARRIVED ON SCENE AND TOOK POSSESSION OF CHARLES'S HANDGUN AND TURNED IT OVER TO CC2
GS 1430 CC2 10-6 RESD AT THE END OF DALE ST.
GS 1432 CC2 10-8 SUBJECT IS GOING TO MEET ME AT THE S-O
GS 1439 CC-CC2 THE RP ON THIS CALL IS AT THE S-O

### Officers

| Primary | Radio # | Name | Dispatch | On Scene | Clear |
|---|---|---|---|---|---|
| Y | CC2 | Eudaley, Justin | 02/22/2019 14:08 Hrs | 02/22/2019 14:03 Hrs | |

| Agency |
|---|
| Carter County Sheriff's Office |



## Carter County Sheriff's Office
### Incident Report
101 Hwy W Van Buren, MO 63965
Phone: (573) 323 - 4510 Fax: (573) 323 - 4182

| Sheriff Richard Stephens | ORI | County | Venue | Report # |
|---|---|---|---|---|
| | MO0180000 | Carter County | Van Buren | 190087 |
| (US/Central) | Report Date / Time | Occurrence Date / Time | | File Class |
| | 04/22/2019 10:23 Hrs | 02/22/2019 13:45 Hrs | | |

| Nature of Incident | Supplements |
|---|---|
| | Approved Report (1) |

**Summary**
Was dispatched to Dale and Independence St. to investigate a dog that had been shot.

### Incident Location

| Address | City | State | ZIP | Country |
|---|---|---|---|---|
| Dale And Independence St | Van Buren | Missouri | 63965 | United States of America |
| County: | Township of Occurrence | | Clery Location | |
| Latitude | Longitude | Beat | Sub-Beat | |
| | | VanBuren | VanBuren | |

### Officers Involved

| Role | Name | Agency | Supp # |
|---|---|---|---|
| Reporting | Chief Deputy J. Eudaley (#CC2) | Carter County Sheriff's Office | 0 |

### Incident People

| Roles | | | Supp # | | |
|---|---|---|---|---|---|
| Suspect / Offender | | | 0 | | |
| Name | | | Title | Date of Birth | |
| ROPER, CHARLES (Primary Name) | | | | 06/19/1984 | |
| Race | Sex | Age at Occurrence | DL # | | |
| White | M | 34 Years Old | | | |

**Address:**
RR 8 Box 834 Doniphan, MO 63935 (Date of Info: 04/22/2019)

| Roles | | | Supp # | | |
|---|---|---|---|---|---|
| Victim | | | 0 | | |
| Name | | | Title | Date of Birth | |
| MESEY, ROBIN (Primary Name) | | | | 11/01/1978 | |
| Race | Sex | Age at Occurrence | DL # | | |
| White | M | 40 Years Old | | | |

**Address:**
Hc 1 Box 442 Van Buren, MO 63965 (Date of Info: 04/22/2019)

| Roles | | | Supp # | | |
|---|---|---|---|---|---|
| Victim | | | 0 | | |
| Name | | | Title | Date of Birth | |
| MESEY, JENNIFER S (Primary Name) | | | | 10/05/1982 | |

190087 - Carter County Sheriff's Office - Carter (MO18)

| Race | Sex | Age at Occurrence | DL # |
|---|---|---|---|
| White | F | 36 Years Old | S109084001 (Missouri) |

Residence (Date of Info: 09/06/2018)
618-610-6933 - Residence (Date of Info: 09/06/2018)

Address:
1115 Earl Street Van Buren, MO 63965 (Date of Info: 09/06/2018)

| Roles | Supp # | | |
|---|---|---|---|
| Other Contact Person | 0 | | |
| Name | Title | | Date of Birth |
| ROPER , DONNA (Primary Name) | | | 12/09/1980 |

| Race | Sex | Age at Occurrence | DL # |
|---|---|---|---|
| White | F | 38 Years Old | |

Address:
RR 8 Box 8834 Doniphan, MO 63935 (Date of Info: 04/22/2019)

### Incident Property

| Property Index ID | System Evidence ID | Item # | Offense | | | Supp # |
|---|---|---|---|---|---|---|
| 3242 | 1530 | 1 | | | | 0 |
| Property | Loss Type | Status | Value | Damage | | |
| Ammunition | ** Property was confiscated as evidence | Seized | $ 0.00 | | | |
| Serial # | Make | | Model | | Misc/OAN | |
| | Federal | | | | | |
| Primary Color | Secondary Color | | | | Quantity | |
| | | | | | 1 | |
| Item Description | | | | | | |
| live .45 round | | | | | | |

| Property Index ID | System Evidence ID | Item # | Offense | | | Supp # |
|---|---|---|---|---|---|---|
| 3243 | 1531 | 2 | | | | 0 |
| Property | Loss Type | Status | Value | Damage | | |
| Ammunition | ** Property was confiscated as evidence | Seized | $ 0.00 | | | |
| Serial # | Make | | Model | | Misc/OAN | |
| | Federal | | | | | |
| Primary Color | Secondary Color | | | | Quantity | |
| | | | | | 1 | |
| Item Description | | | | | | |
| Shell casing | | | | | | |

| Property Index ID | System Evidence ID | Item # | Offense | | | Supp # |
|---|---|---|---|---|---|---|
| 3244 | 1532 | 3 | | | | 0 |
| Property | Loss Type | Status | Value | Damage | | |
| Ammunition | ** Property was confiscated as evidence | Seized | $ 0.00 | | | |
| Serial # | Make | | Model | | Misc/OAN | |
| | Federal | | | | | |
| Primary Color | Secondary Color | | | | Quantity | |
| | | | | | 1 | |
| Item Description | | | | | | |
| Shell casing | | | | | | |

190087 - Carter County Sheriff's Office - Carter (MO18)

| Property Index ID | System Evidence ID | Item # | Offense | | | | Supp # |
|---|---|---|---|---|---|---|---|
| 3245 | 1533 | 4 | | | | | 0 |
| Property | Loss Type | | Status | Value | Damage | | |
| Gun - Handgun | ** Property was confiscated as evidence | | Seized | $ 0.00 | | | |
| Serial # | Make | | | Model | | Misc/OAN | |
| S3305819 | Springfield Arms | | | | | | |
| Primary Color | Secondary Color | | | | | Quantity | |
| Black | | | | | | 1 | |
| Gun Type | | Gun Action | | Caliber/Gauge | | Barrel Length | |
| Pistol | | Semiautomatic action (autoloading) | | .45 ACP, .455 Webley, .45 AutoRim, .45 Long Colt, .45 Winchester Magnum | | | |
| Owner | | | | | | | |
| ROPER , CHARLES  (DOB) 06/19/1984 - Supp #: 0 | | | | | | | |
| Property Index ID | System Evidence ID | Item # | Offense | | | | Supp # |
| 3246 | 1534 | 5 | | | | | 0 |
| Property | Loss Type | | Status | Value | Damage | | |
| Ammunition | ** Property was confiscated as evidence | | Seized | $ 0.00 | | | |
| Serial # | Make | | | Model | | Misc/OAN | |
| | Federal | | | | | | |
| Primary Color | Secondary Color | | | | | Quantity | |
| | | | | | | 5 | |
| Item Description | | | | | | | |
| live rounds | | | | | | | |
| Property Status Type | | | | Aggregate Value | | | |
| | | | | $ 0.00 | | | |
| Grand Total of Property Loss | | | | | | | |
| $ 0.00 | | | | | | | |

## Incident Narratives

**Original Narrative**

| | |
|---|---|
| Author: Chief Deputy J. Eudaley #CC2 | Date Created: 04/22/2019 1413 Hrs   Supp #: 0 |

On 2/22/19, at approximately 1355 hours, I was dispatched to the intersection of Dale and Independence Streets Van Buren, Mo in reference to a shot dog. I was contacted by Van Buren Police Chief Alonzo Bradwell, DSN VB 1, and he requested I investigate this incident due to one of his officer's being involved.

I arrived and met with Van Buren Police Department Officer Robert Dyer, DSN VB 8, and he informed me off duty Police Officer Charles Roper had shot and killed a neighbors dog.

I observed a white and brown dog laying near a trailer. I was informed by Officer Dyer the dog's owner had moved it out of the side of the roadway. I photographed where the was laying and where I was informed it was laying after it was shot. I observed two (2) shell casing and a live round laying in the roadway. Shell casings and live round was photographed and collected as evidence. See attached photographs. All evidence collected was secured in the rear of my patrol vehicle.

Officer Dyer provided me with the firearm Mr. Roper had used to shoot the dog. I secured it int he rear of my patrol vehicle.

I responded and spoke with Mr. Robin Mesey, DOB 11/01/78, and Ms. Jennifer Mesey, DOB 10/5/82. Mr. Mesey stated he was sleeping and heard two (2) gun shots, looked outside and observed Mr. Roper with his pistol out, and his wife's dog dead in the street. See attached written statement.

Ms. Mesey stated Mr. Roper shot her dog and he (Mr. Roper) even stated he did. See attached written statement.

I departed and responded to the end of Dale St where Mr. Roper was and I asked if he would meet me at the Carter County Sheriff's Office and speak with me. Mr. Roper stated he would.

I met with Mr. Roper at the Carter County Sheriff's Office. At approximately 1459 hours, I advised Mr. Roper of his Rights per Miranda, he stated he understood his rights, signed the waiver form, and agreed to speak with me. I asked Mr. Roper what happened and he stated he and his wife Ms. Donna Roper, DOB 12/9/80, were traveling down Dale St. when he observed two (2) dogs attacking another dog. Mr. Roper stated he identified the dog being attacked as his father-in-law's dog. Mr. Roper stated he got out of his vehicle and yelled at the dogs to get off the other dog and the dogs did not obey. Mr. Roper stated he drew his weapon and fired one (1) round into the ground. Mr. Roper stated one (1) dog ran off but the other dog continued to maul his father-in-law's dog. Mr. Roper stated Ms. Roper walked around him and went to pull the dog off her father's dog, when she approached the dog the dog came at her. Mr. Roper stated he fired a shot into the dog and it fell over. Mr. Roper stated he was in fear for Ms. Roper's safety. Mr. Roper stated the owner of the dog came outside. Mr. Roper stated he contacted the Police and attempted to explain to the dog owner what had occurred. Mr. Roper stated the owner became distraught, so he backed off and waited for the police to arrive. See attached written statement.

I spoke with Ms. Roper and she stated she and Mr. Roper were leaving her father's residence, Mr. Jeffery Walberg, DOB unknown, when she seen three (3) dogs fighting in the road. Ms. Roper stated she pointed out to Mr. Roper the dog laying on the ground was her father's dog. Ms. Roper stated they stepped out of their vehicle to try and break them apart. Ms. Roper stated Mr. Roper fired one (1) shot into the ground and one (1) dog ran off. Ms. Roper stated the other dog did not move so she went to break them apart when the dog came towards her so Mr. Roper shot the dog.

190087 - Carter County Sheriff's Office - Carter (MO18)

On 2/23/19, at approximately 2010 hours, I was notified by Carter County Sheriff Richard Stephens he was contacted by Mr. Mesey and was informed he and Ms. Messey other dog had a bullet hole in it. I was informed by Sheriff Stephens Mr. and Ms. Mesey were taking the dog to the vet in Mountain View, Mo. I requested Sheriff Stephens advise Mr. and Ms. Mesey I would need copies of the medical records pertaining to the dog. Sheriff Stephens provided me with social media messages between he and Mr. Mesey. At this time I have yet to retrieve any documents from the Mesay's pertaining to the vet visit. See attached photograph of shot dog.

On 4/22/18, at approximately 0945 hours, I contacted the Mountain View Animal Clinic and requested any records pertaining to the Mesey's dog. I was provided with a patient chart pertaining to the dog. See attached. I was informed by staff of the animal clinic the bullet was fragmented to badly to remove from the dogs hip area.

Nothing further at this time.

| Signed: Chief Deputy J. Eudaley #CC2 | Reviewed: Chief Deputy J. Eudaley #CC2 |
|---|---|

Jennifer Mesey
10-05-1982

**Continuation Sheet**

## VAN BUREN POLICE DEPATRMENT
### VOLUNTARY STATEMENT
### 573-323-4394

STATEMENT Charles shot my dog! He even said he did.

_Jennifer Meay_
Signature
Page 1 of 1

_[signature]_
Officer

Robbie ~~Roby~~ Mesey
~~ID~~ 11-01-78

**Continuation Sheet**

## VAN BUREN POLICE DEPATRMENT

### VOLUNTARY STATEMENT

573-323-4394

STATEMENT: I Robbie Mesey WAS sleeping Heard Two Gunshots looked outside And seen Charles Roper with His Side Arm out and my wifes Dog Dead In The Street!

_____
Signature

_____
Officer

Page ____ of ____

 

**Carter County Sheriff's Department**
P.O. Box 817
Van Buren, MO 63965
Phone # (573)323-4510 ~ Fax # (573)3234182

Statement of __Donna Roper__ Age __28__
Address __RR 8 Box 8834 Doniphan MO 63935__ Date of Birth __12-9-80__
Taken at _____ SSN: _____
Statement Started at(time) _____ Completed at _____ Date __2-22-19__
Phone Number(__573__) __660-3428__

Was leaving my fathers house (Jeffery Wialberg) when we seen 3 dogs in the road fighting. I pointed out to my husband (Charles Roper) that the dog lying on the ground was my fathers. We stepped out of the vehicle to try and break them apart. My husband fired a warning shot at the ground and one dog left. The other dog didn't move so I went to them to try and break them up. The dog came towards me and my husband fired another shot at dog.

This Statement is True and Accurate to the best of my knowledge therefore by signing my Name I take full responsibility thereof:

__Donna Roper__
Signature of person making statement                Page __1__ of __1__ Pages

_____                              _____
Deputy taking Statement                              Sheriff / Chief Deputy

 

**Carter County Sheriff's Department**
P.O. Box 817
Van Buren, MO 63965
Phone # (573)323-4510 ~ Fax # (573)3234182

Statement of **Charles Roper**   Age **34**
Address **RR 8 Box 8834 Vaniphan MO**   Date of Birth **6-19-84**
Taken at **Carter County Sheriff's Dept.**   SSN: **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**
Statement Started at (time) **1507**   Completed at **1512**   Date **2-22-19**
Phone Number (**573**) **660-3533**

I Charles Roper was traveling on Dale St. in Van Buren when I approached Indipendence St I noticed 2 dogs attacking 1 other dog that I identified as my father-in-law's dog. I got out of the vehicle and yelled at the dogs to get off of him, the dogs did not obey. I drew my weapon and fired 1 round into the ground. 1 dog ran off, the other continued to maul my father-in-law's dog. My wife walked around me and went to pull the dog off. As she approached the dog the dog released the dog and came at her I fired I shot into the dog and it fell over. I feared for my wife's saftey. The dog owner came out of his residence. I called the police. Then tried to explain what happened to the owner. They became distrought so I backed away and waited for law enforcement.

CR
CR  CR
CR

This Statement is True and Accurate to the best of my knowledge therefore by signing my Name, I take full responsibility thereof:

_Chas Roper_
Signature of person making statement     Page **1** of **1** Pages

_____                  _____
Deputy taking Statement                  Sheriff / Chief Deputy

# CARTER COUNTY SHERIFFS DEPARTMENT



## Statement of Miranda Rights

- You have the right to remain silent.
- Anything you say can be used against you in a court of law.
- You have the right to talk to an attorney and have him or her present with you while you are being questioned.
- If you cannot afford an attorney one will be provided for you.
- You can decide at any time to exercise these rights and not answer any questions or make any statements.

## Waiver of Rights

I have been read the above rights and I understand each of those rights, and having these rights in mind, I am willing to make a statement.


_____
Signature

_____
Officer Name

Carter County Sheriffs Office
Officers Department

2/22/19
Date

1459hrs
Time

City,0016

1501 Dale lewn N got food
made it almost to
Sign  saw 2 dogs on h- father in laws dog
had 5y throught

   Fire one waring shot in ground
   1 dog ran off
   other dog didn't run off
   wife put upt wards dog firn & s-perate dogs
      Walked
   dog looked up at her went to step at her charha
   Then shot dog   2 shots fired
        (1) ground      Middle Street
        (1) dog         where laying

City,0017

Sent from my iPhone

04/22/17 — at approx 0950, spoke to Animal Clinic stated bullets was to fragment to remove from leg!

City,0018

Attn: Justin     573-323-4182

## Mountain View Animal Clinic                               Patient Chart

1615 CR 2990
Mountain View, MO 65548
417-934-2323

Printed: 04-22-19 at 2:44p

### CLIENT INFORMATION

| | | | |
|---|---|---|---|
| Name | JENIFER MESEY (9506) | | |
| Address | HC 1, BOX 442 | Spouse | ROBIN MESEY JR. |
| | Van Buren, MO 63965 | | |
| Phone | 573  323-2100 | | |

*Bill to date for Nina $650.21*

⚠ 02-23-19 3:50p: FERN KUEKER, WILL BE RESPONSIBLE FOR REST OF THE BILL

### PATIENT INFORMATION

| | | | | |
|---|---|---|---|---|
| Name | NINA | Species | Canine |
| Sex | Female | Breed | American Bull Dog |
| Birthday | 02-24-14 | Age | 5y |
| ID | | Rabies | |
| Color | White/Brn | Weight | 56.00 lbs |
| Reminded | (none) | Codes | |

(No reminders are due for this patient.)

### NINA's weight history (in lbs)

| | |
|---|---|
| 03-29-19 | 56.00 |
| 03-02-19 | 56.40 |
| 02-23-19 | 52.00 |

### MEDICAL HISTORY

| Date | By | Code | Description | Qty (Variance) | Photo |
|---|---|---|---|---|---|
| 03-29-19 | 1 | 100M | RE-CHECK → *removed wrap* | | |
| Age: 5y | Weight: 56.00 | | | | |
| 03-23-19 | 1 | 1358 | Cast Padding | | |
| | | 1413A | Tape Coflex 4 Inch | | |
| | | 1031 | Tape Elasticon 2" | 2 | |
| | | 1030 | Tape Adhesive 2 Inch | | |
| | | 128 | Reversal | | |
| | | 126 | Tranquilize Animal SA | | |

REMOVED SPLINT. ELBOW IS FAIRLY SOLID AND HAS ABOUT 25% MVT. APPLIED SUPPORT WRAP AND WILL SEE HOW DOING IN A WEEK.

| | | | | |
|---|---|---|---|---|
| 03-16-19 | 1 | 100M | MEDICAL NOTES | |

CAST STILL IN PLACE, STARTING TO TRY AND GET AROUND MORE

| | | | | |
|---|---|---|---|---|
| 03-09-19 | 1 | 100M | MEDICAL NOTES | |

CAST STAYED IN PLACE. CLIPPED TAP TO LOOSEN UNDER HER LEG. HOLDING CAST UP SO SHE IS GETTING AROUND A LOT BETTER

City,0019

Patient Chart for NINA                                                    Client: JENIFER MESEY
Date: 04-22-19, Time: 2:44p                                                                Page: 3

| Date | By | Code | Description | Qty (Variance) Photo |
|---|---|---|---|---|
| 02-23-19 | 1 | 130 | X-Ray | |
| | | 4 | Examination | |

DOG PRESENTED WITH GUNSHOT WOUND TO RT ELBOW. X-RAYS SHOWED THAT THE JOINT WAS UN REPAIRABLE. WILL REMOVE LEG ON MONDAY.

Age: 5y

| | | 1 | Office Visit | |

Age: 5y    Weight: 52.00

Patient Chart for NINA  
Date: 04-22-19, Time: 2:44p

Client: JENIFER MESEY  
Page: 2

| Date | By | Code | Description | Qty (Variance) | Photo |
|---|---|---|---|---|---|
| 03-05-19 | 3 | 100M | MEDICAL NOTES | | |
| | | | GOT SPLINT OFF. REAPPLIED SPLINT. | | |
| 03-04-19 | 1 | 1413A | Tape Coflex 4 Inch | | |
| | | 1031 | Tape Elasticon 2" | | |
| 03-04-19 | 3 | 330 | Hospitalization K-9 36#-65# | | |
| 03-03-19 | 3 | 330 | Hospitalization K-9 36#-65# | | |
| 03-02-19 | 1 | 86 | Baytril Tabs 68 mg Tabs | 10 | |
| | | | GIVE 1 TABLET BY MOUTH 2X DAILY. ANTIBIOTIC | | |
| | | 1031 | Tape Elasticon 2" | 2 | |
| | | 1374 | Metal Rod 1/4 | | |
| | | 1030 | Tape Adhesive 2 Inch | | |
| | | 35 | Apply Thomas Splint | | |
| | | | APPLIED SPLINT TO LEG TO SEE IF IT WILL ALLOW FOR AN ANKYLOSED ELBOW JOINT. | | |
| | | 506 | Gas Anesthesia SA | | |

Age: 5y   Weight: 58.40

| Date | By | Code | Description | Qty (Variance) | Photo |
|---|---|---|---|---|---|
| 03-01-19 | 1 | 1860 | Previcox 227 Mg | 5 | |
| | | | GIVE 1 TABLET ONCE DAILY FOR PAIN & INFLAMMATION | | |
| | | 100M | RECHECK | | |
| | | | GOT SUPPORT WRAP OFF ON TUESDAY, WILL SPLINT LEG TOMORROW. OWNER SAYS SEEMS TO BE MORE SORE & SWOLLEN AT NIGHT SO RECOMMENDED GIVING 1/2 TAB IN THE MORNING & OTHER HALF IN THE EVENING. | | |
| 02-28-19 | 3 | 330 | Hospitalization K-9 36#-65# | | |
| 02-25-19 | 3 | 86 | Baytril Tabs 68 mg Tabs | 10 | |
| | | | GIVE 1 TABLET BY MOUTH 2X DAILY. ANTIBIOTIC | | |
| 02-25-19 | 1 | 27 | Antibiotic Injection | | |
| 02-25-19 | 3 | 330 | Hospitalization K-9 36#-65# | | |
| 02-25-19 | 1 | 205 | Hospital Treatment | | |
| | | | DOG ACTUALLY USING LEG. WRAPPED LEG, GOING TO SEE IF WE CAN CAST AND KEEP LEG | | |
| 02-24-19 | 3 | 330 | Hospitalization K-9 36#-65# | | |
| 02-23-19 | 1 | 1860 | Previcox 227 Mg | 5 | |
| | | | GIVE 1 TABLET EACH MORNING FOR PAIN & INFLAMMATION. | | |
| | | 27 | Antibiotic Injection | | |
| | | 134 | X-Ray Additional Views | | |

City,0021