# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| ROBIN MESEY, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. 1:19-cv-71 SNLJ |
| | ) |
| CITY OF VAN BUREN, MO., et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM and ORDER

This matter is before the Court on plaintiffs' motion to for a third extension of time in which to respond to defendant's motion for summary judgment. Defendant City of Van Buren opposes the motion because this Court previously advised that no further extensions would be given. Plaintiffs originally sought an extension through March 9, but they later amended the motion seeking an extension to March 1. Plaintiffs' reason for seeking the extension were the press of other business, health complications suffered by plaintiffs' attorney, and historically bad weather. Counsel was physically unable to get to his office due to snow and ice, and below-zero temperatures triggered orthopedic problems. In light of the extraordinary circumstances, and the fact that the response memorandum has now been filed, the Court will grant the motion and accept the late-filed memorandum.

1

Accordingly,

IT IS HEREBY ORDERED that plaintiffs' motion for extension [#48] is GRANTED.

Dated this   3rd  day of March, 2021.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE