UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| ROBIN MESEY, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. 1:19-cv-71 SNLJ |
| | ) |
| CITY OF VAN BUREN, MO., et al., | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Memorandum and Order entered today, JUDGMENT Is hereby granted in favor of defendants Charles Roper, City of Van Buren, Missouri, and Alonzo Bradwell, and against plaintiffs.

Dated this 29th day of March, 2021.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE